**CSD 1001A** [07/01/18]

Name, Address, Telephone No. & I.D. No.

Ahren A. Tiller - SBN 250608
Donald W. Reid - SBN 281743
BANKRUPTCY LAW CENTER, APC
1230 Columbia Street, Suite 1100
San Diego, CA 92101
T: (619) 894-8831; F: (866) 444-7026
E: ahren.tiller@blc-sd.com; don@blc-sd.com

Order Entered on
April 5, 2024
by Clerk U.S. Bankruptcy Court
Southern District of California

# UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

BARRIO RESTAURANT GROUP, LLC

Debtor.

BANKRUPTCY NO. 24-01184-CL11

Date of Hearing: 05/13/2024
Time of Hearing: 11:00 AM
Name of Judge: Hon. Christopher B. Latham

(jro)

# ORDER ON
## FIRST DAY MOTION AUTHORIZING INTERIM USE OF CASH COLLATERAL

The court orders as set forth on the continuation pages attached and numbered __2__ through __2__ with exhibits, if any, for a total of __2__ pages. Motion/Application Docket Entry No. __8__.

//
//
//
//
//
//
//

DATED: April 5, 2024

_____
Judge, United States Bankruptcy Court

CSD 1001A

CSD 1001A [07/01/18](Page 2)
ORDER ON FIRST DAY MOTION AUTHORIZING INTERIM USE OF CASH COLLATERAL
DEBTOR: BARRIO RESTAURANT GROUP, LLC                              CASE NO: 24-01184-CL11

---

Debtor and Debtor-in-Possession BARRIO RESTAURANT GROUP, LLC ("BRG") filed a motion ("Motion") on April 3, 2024 seeking interim and final orders authorizing the use of cash collateral ("Cash Collateral") in which secured creditor Small Business Administration ("SBA") claims a security interest.

The Court, having read and considered Debtor's Motion, and all papers in support, and good cause appearing, hereby orders as follows:

IT IS HEREBY ORDERED:

1. The SBA may have a security interest in the Cash Collateral of BRG.

2. BRG is authorized to use the SBA's Cash Collateral commencing on April 2, 2024 on an interim basis through June 30, 2024 subject to the provisions set forth in this order.

3. BRG is authorized to use cash collateral to pay for its reasonable, ordinary, and necessary expenses in amounts as provided for in the attached as Exhibit 1 to the Amended Declaration of Margarita Georgieva [Doc. 19] and is incorporated into this Order this reference. BRG is authorized to deviate from this Budget without further order of this Court up to 15% on any line item for each calendar month, otherwise, any expenditures in excess of the monthly amounts set forth in the Budget and the allowable variances will require the written approval of the SBA or further order of this Court.

4. If less than the entire amount of any expense category is expended in a particular period, the unused portion may be carried over to future periods.

5. To provide the SBA adequate protection to the extent it has a security interest in the Cash Collateral of BRG, the SBA is granted a full replacement lien on and security interest in all personal property of the BRG acquired post-petition described in the SBA's security agreement executed by BRG's affiliate, Barrio Dogg, LLC, in the SBA's favor.

6. The SBA shall not be required to file any financing statement, notice of lien or similar instruments in any jurisdiction or take any other action to perfect its post-petition security interests and liens created pursuant to this Order, because all such post-petition security interests and liens are automatically perfected upon entry of this Order.

7. A hearing is set on _____May 13, 2024_____ at _____11:00 a.m._____ in Courtroom __1__ of this Court (cbl) for a further hearing on Debtor's Motion. At this hearing the Court will consider whether the interim relief provided in this Order shall be made final. Any opposition to Debtor's Motion shall be filed on or before __April 29, 2024__ and any reply (cbl) shall be filed no later than _____May 6, 2024_____. (cbl)

IT IS SO ORDERED.

Approved as to form: /s/Elvina Rofael, Esq.
Trial Attorney, United States Department of Justice
Office of United States Trustee

CSD 1001A

Signed by Judge Christopher B. Latham April 5, 2024