CSD1147
06/05

## United States Bankruptcy Court
### Southern District of California
Jacob Weinberger U.S. Courthouse
325 West F Street
San Diego, CA 92101−6991

Telephone: 619−557−5620
Website: www.casb.uscourts.gov
Hours: 8:30am − 4:30pm Monday−Friday

**In re** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

**Barrio Restaurant Group, LLC**
620 S. Presa
San Antonio, TX 78210

Employer's Tax I.D. No.:  88−0833014
*Debtor: No Known Aliases*

Case number:  24−01184−CL11
Chapter:  11
Judge  Christopher B. Latham

## NOTICE OF STATUS CONFERENCE ON CHAPTER 11 PETITION

TO PARTIES IN INTEREST:

**YOU ARE HEREBY NOTIFIED** that pursuant to 11 U.S.C. § 105(d)(1) and (2) an informal status conference in the above−entitled proceeding has been set for 5/13/24 at 11:00 AM, in Department 1, Room 218, Jacob Weinberger U.S. Courthouse, 325 West F Street, San Diego, CA 92101−6991.

Dated:  4/5/24

Michael Williams
Clerk of the Bankruptcy Court