# Notice Recipients

District/Off: 0974−3 | User: Admin. | Date Created: 4/5/2024
Case: 24−01184−CL11 | Form ID: 1147 | Total: 37

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| ust | United States Trustee | ustp.region15@usdoj.gov |
| tr | David Andrew Wood | dwood@marshackhays.com |
| aty | Ahren A. Tiller | ahren.tiller@blc−sd.com |
| aty | Donald Reid | don@donreidlaw.com |
| aty | Elvina Rofael | elvina.rofael@usdoj.gov |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Barrio Restaurant Group, LLC | 620 S. Presa | San Antonio, TX 78210 | | |
| 15083553 | 2234 Logan Ave 92113 LLC | 701 B St., Ste. 234 | San Diego, CA 92101 | | |
| 15083554 | 620 S. Presea Realty Ltd. | c/o Braun Enterprises | 5353 W. Alabama, Suite 200 | Houston, TX 77056 | |
| 15083555 | Ally Financial | 500 Woodward Avenue | 10th Floor | Detroit, MI 48226 | |
| 15083556 | Barrio Restaurant Group, LLC | 620 S. Presa | San Antonio, TX 78210 | | |
| 15083557 | Bluevine Inc. | 30 Montgomery #1400 | Jersey City, NJ 07302 | | |
| 15083561 | CT Corporation Systems | 330 N. Brand Ave. | Glendale, CA 91203 | | |
| 15083558 | California Dept of Tax and Fee | P.O. Box 942879 | Sacramento, CA 94279 | | |
| 15083559 | Capital Peaks, LLC | 7851 Yorktown Ave | Los Angeles, CA 90045 | | |
| 15083560 | Channel Capital Partners, LLC | 10900 Wayzata Blvd. | Suite 300 | Minnetonka, MN 55305 | |
| 15083562 | Department of The Treasury | Bureau of the Fiscal Service | P.O. Box 830794 | Birmingham, AL 35283 | |
| 15083563 | Ernesto Gastelum | 1928 LaGrange Rd | Chula Vista, CA 91913 | | |
| 15083564 | Essel Commercial, LP | 619 Kettner Blvd, Ste A | San Diego, CA 92101 | | |
| 15083565 | First Electronic Bank, FDIC | 2150 S.1300 E Ste. 400 | Salt Lake City, UT 84106 | | |
| 15083566 | Franchise Tax Board | PO Box 942867 | Sacramento, CA 94267 | | |
| 15083567 | Instafunders LLC | 1019 Kane Concourse | Suite 202−A | Miami Beach, FL 33154 | |
| 15083568 | Internal Revenue Service | Centralized Insolvency Oper. | PO Box 7346 | Philadelphia, PA 19101−7346 | |
| 15083569 | Kapitus LLC | 2500 Wilson Boulevard | Suite 350 | Arlington, VA 22201 | |
| 15083570 | Katan Capital LLC | 95 Chestnut Ridge Rd | Nanuet, NY 10954 | | |
| 15083571 | Laiza Saldana | 1928 LaGrange Rd | Chula Vista, CA 91913 | | |
| 15083572 | Lead Bank, FDIC | 1801 Main St. | Kansas City, MO 64108 | | |
| 15083573 | Margarita Georgieva | 3702 Newton Bay | Chula Vista, CA 91910 | | |
| 15083574 | McCarthy, Burgess & Wolf | THE MB&W Building | 26000 Cannon Rd. | Bedford, OH 44146 | |
| 15083575 | Pablo Alfonso Rios | 3702 Newton Bay | San Antonio, TX 78223 | | |
| 15083576 | Pablo Alfonso Rios Sr. | 2390 Forst Oaks Dr. | Chula Vista, CA 91915 | | |
| 15083577 | Small Business Administration | 550 West C St., Ste. 550 | San Diego, CA 92101 | | |
| 15083578 | Spartan Business Solutions LLC | 371 E. Main St. | Middletown, NY 10940 | | |
| 15083579 | Sysco San Diego, Inc. | 12180 Kirkham Road | Poway, CA 92064 | | |
| 15083580 | TimePayment Corp. | 200 Summit Drive | Burlington, MA 01803 | | |
| 15083581 | Velocity Capital Group LLC | 333 Pearsall Ave | Cedarhurst, NY 11516 | | |
| 15083582 | Velocity Capital Group, LLC | 417 Rugby Rd | Cedarhurst, NY 11516 | | |
| 15083583 | Yes Capital Group LLC | 704 Red Oak Drive | Copperas Cove, TX 76522 | | |

TOTAL: 32