**CSD 1100** [12/01/23] Page 1 of 3
Name, Address, Telephone No. & I.D. No.
**Ahren A. Tiller 250608**
**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**
**619-894-8831**
**250608 CA**

### UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
**Barrio Restaurant Group, LLC**

BANKRUPTCY NO. **24-01184-CL11**

Debtor.

### AMENDMENT
Presented are the following original documents [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information (Form 106Sum & 206Sum)
- ☑ Schedule A/B: Property (Form 106A/B & 206A/B)
- ☐ Schedule C: The Property You Claim as Exempt (Form 106C)
- ☑ Schedule D-F: Creditors Who Have Claims Secured by Property (Form 106D & 206D), Creditors Who Have Unsecured Claims (Form 106E/F & 206E/F) and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☑ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt -$32.00 fee required. See instructions on reverse side
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☑ Schedule G: Executory Contracts & Expired Leases (Form 106G & 206G)
- ☑ Schedule H: Your Co-Debtor (Form 106H)
- ☐ Schedule I: Your Income (Form 106I)
- ☐ Schedule J:  Your Expenses (Form 106J)
- ☐ Schedule J-2: Expenses for Separate Household of Debtor 2 (Form106J-2)
- ☐ Statement of Financial Affairs for Individuals Filing for Bankruptcy (Form 107 & 207)
- ☐ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under §707(b)(2)(Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)
- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Other:

Dated: **April 29, 2024**

Signature   **/s/ Ahren A. Tiller**

Attorney for Debtor

CSD 1100 [12/01/23] Page 2 of 3

## DECLARATION OF DEBTOR

I [We] __Margarita Georgieva__ and ____, the debtor(s), hereby declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of __ pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: **April 29, 2024**          /s/ Margarita Georgieva

_____          _____
\*Debtor                                                    \*Joint Debtor
*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.  Each amended page is to be in the same form as the original but is to contain **only the information to be changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be attached.
1.  Before each entry, specify the purpose of the amendment by inserting:
    a.  "ADDED," if the information was missing from the previous document filed; or
    b.  "CORRECTED," if the information modifies previously listed information; or
    c.  "DELETED," if previously listed information is to be removed.
2.  At the bottom of each page, insert the word "AMENDED."
3.  Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.
B.  Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1.  **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __4/29/2024__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

☐  Chapter 7 Trustee:
Elvina Rofael on behalf of United States Trustee United States Trustee
elvina.rofael@usdoj.gov, Tiffany.L.Carroll@usdoj.gov;USTP.Region15@usdoj.gov
**David Andrew Wood; dwood@marshackhays.com, c206@ecfcbis.com**

☑ For Chpt. 7, 11, & 12 cases:                    ☐ For Chapter 13 cases assigned to:

UNITED STATES TRUSTEE                              MICHAEL KOCH, TRUSTEE
ustp.region15@usdoj.gov                              mkoch@ch13.sdcoxmail.com

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

CSD 1100 [12/01/23] Page 3 of 3

2. **Served by United States Mail:**

On _____, I served the following person(s) and/or entity(ies) at the last known in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   **April 29, 2024**
     (Date)

**/s/ Keziah Reyes**
**Keziah Reyes**
**Bankruptcy Law Center**
**1230 Columbia St., Suite 1100**
**San Diego, CA 92101**
Address

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name     **Barrio Restaurant Group, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)     **24-01184-CL11**

☑ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  **PNC Bank** | **Checking** | **8966** | **$10,000.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$10,000.00** |
|---|

### Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☑ No. Go to Part 3.
☐ Yes Fill in the information below.

### Part 3:     Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor   **Barrio Restaurant Group, LLC**                         Case number *(If known)* **24-01184-CL11**
         Name

---

**12.**   **Total of Part 3.**                                                        | $0.00 |

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

---

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** Food inventory | | $0.00 | | $800.00 |

**20.**   **Work in progress**

**21.**   **Finished goods, including goods held for resale**

**22.**   **Other inventory or supplies**

**23.**   **Total of Part 5.**                                                        | $800.00 |

Add lines 19 through 22.  Copy the total to line 84.

**24.**   **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **39.**   **Office furniture** | | | | |

---

Debtor    **Barrio Restaurant Group, LLC**
_____    Case number *(If known)*  **24-01184-CL11**
Name

| | | | |
|---|---|---|---|
| **Tables, Benches, Chairs** | $0.00 | | $3,000.00 |

---

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **TV's/Audio Equipment** | $0.00 | | $3,000.00 |

---

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1.  **Art/Paintings/Frames/Collectibles** | $0.00 | | $10,000.00 |

---

43. **Total of Part 7.**

    Add lines 39 through 42.  Copy the total to line 86.

    | |
    |---|
    | **$16,000.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    - [x] No
    - [ ] Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    - [x] No
    - [ ] Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    - [ ] No.  Go to Part 9.
    - [x] Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Kitchen Equipment - See Attached List** | $0.00 | | Unknown |

---

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    | |
    |---|
    | **$0.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - [x] No
    - [ ] Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - [x] No
    - [ ] Yes

Debtor    **Barrio Restaurant Group, LLC**                     Case number *(If known)* **24-01184-CL11**
_____
Name

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **620 S. Presa, San Antonio, Texas 78210 (BRG)** | Leasehold | $0.00 | | Unknown |

56.    **Total of Part 9.**
        Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
        Copy the total to line 88.

|  |
|---|
| $0.00 |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
        ☑ No
        ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  |
|---|
| Current value of debtor's interest |

71.    **Notes receivable**
        Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
        Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor    **Barrio Restaurant Group, LLC**                          Case number *(If known)*  **24-01184-CL11**
          Name

| **Potential cause of action against general contractor related to buildout of tenant improvements** | | **Unknown** |
|---|---|---|
| Nature of claim | **Breach of contract** | |
| Amount requested | **$0.00** | |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

    Add lines 71 through 77. Copy the total to line 90.

    | **$0.00** |
    |---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

Debtor    **Barrio Restaurant Group, LLC**                          Case number *(If known)*  **24-01184-CL11**
          <span style="font-size:smaller">Name</span>

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $800.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $16,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $26,800.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $26,800.00 |

Official Form 206A/B                  Schedule A/B Assets - Real and Personal Property                  page 6

List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens

| Date | Seller | Seller Order # | Location | Description | Purchase Price |
|------|--------|----------------|----------|-------------|----------------|
| **San Antonio Equipment** | | | | | |
| 8/31/2023 | Webstraunt | 89457438 | San Antonio | Regency 16-Gauge Type 304 Stainless Steel Pass-Through Shelf | $ 404.99 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 3 1/2" Basket Drain with Strainer - 1 1/2" IPS - From Group (OD Kit) 600S3203024X | $ 13.77 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Cooking Performance Group 35134014021 36" Wall Mounting Kit for S-36-SB Salamander Broilers | $ 23.18 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 27 15/16" Side Sink Cross Brace - 2/Set | $ 26.83 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 18 1/2" Stainless Steel Leg for Sinks | $ 32.68 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Rubbermaid FG354060BLA 92 Qt. / 23 Gallon Slim Jim Black Rectangular Trash Can | $ 41.99 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency Wall Mount Faucet with 8" Swing Spout and 4" Centers | $ 66.89 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 48" Mobile Gas Connector Hose Kit | $ 98.49 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco W50CKR 12" x 20" Full Size Electric Countertop Food Cooker / Warmer | $ 199.98 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 30" x 48" 18-Gauge 304 Stainless Steel Commercial Work Table with Galvanized Legs | $ 214.99 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 30" x 48" 16-Gauge Stainless Steel Commercial Work Table | $ 239.99 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 18" x 26" Stainless Steel Blender Station with Dump Sink - From Group (OD Kit) | $ 248.10 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency Stainless Steel Double Deck Overshelf | $ 289.99 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 48" Mobile Gas Connector Hose Kit | $ 359.97 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 30" x 30" 16 Gauge Stainless Steel Corner Work Table | $ 389.99 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 1 Bowl Underbar Hand Sink | $ 467.98 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 3 Bowl Underbar Sink with Two Drainboards | $ 474.99 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Cooking Performance Group GM-CPG-24-NL 24" Gas Countertop Griddle with Manual Controls | $ 699.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | SINK COMPONENT 600S32030224 | $ 975.43 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Cooking Performance Group S-36-SB-N 34" Natural Gas Infrared Salamander Broiler | $ 1,085.82 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Regency 18" x 60" x 86" NSF Chrome Wire 5-Shelf Kit | $ 1,241.28 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Cooking Performance Group GT-CPG-36-NL 36" Gas Countertop Griddle with Flame Failure Prot | $ 1,249.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | ServIt Three Pan Sealed Well Electric Steam Table with Partially Enclosed Base | $ 1,339.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | ServIt EST-5WS Five Pan Sealed Well Electric Steam Table with Adjustable Undershelf | $ 1,359.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco CBE-36-HC 36" 2 Drawer Refrigerated Chef Base | $ 1,539.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Estella MDD36 Manual Dough Divider | $ 1,699.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco UBB-72-HC 73" Black Counter Height Narrow Solid Door Back Bar Refrigerator with LED | $ 1,749.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco CBE-36-HC 36" 2 Drawer Refrigerated Chef Base | $ 1,879.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco FF50 Natural Gas 50 lb. Stainless Steel Floor Fryer - 120,000 BTU | $ 2,198.00 |

List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens

| Date | Seller | Seller Order # | Location | Description | Purchase Price |
|---|---|---|---|---|---|
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco A-49R-HC 54" Solid Door Reach-In Refrigerator | $ 2,199.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco Ice UC-F-280-A 26" Air Cooled Undercounter Full Cube Ice Machine | $ 2,199.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco A-49F-HC 54" Solid Door Reach-In Freezer | $ 2,399.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco SS-WT-72R-HC 72" Three Door Worktop Refrigerator with 3 1/2" Backsplash | $ 2,549.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Hatco HDWTC-2 Freestanding Two Drawer Warmer with Touchscreen Controls | $ 3,697.65 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco UBB-4-HC 90" Black Counter Height Solid Door Back Bar Refrigerator with LED Lighting | $ 3,818.00 |
| 11/2/2023 | Webstraunt | 91480651 | San Antonio | Avantco APT-71M-HC 71" 3 Door Mega Top Refrigerated Sandwich Prep Table | $ 7,947.00 |
| 11/18/2023 | Webstraunt | 91983294 | San Antonio | Regency 48" Mobile Gas Connector Hose Kit with 2 Elbows, Full Port Valve, Restraining Device | $ 119.99 |
| 11/18/2023 | Webstraunt | 91983294 | San Antonio | Cooking Performance Group S24-N Natural Gas 4 Burner 24" Range with Space Saver Oven | $ 1,299.00 |
| 12/14/2023 | Webstraunt | 92803895 | San Antonio | Universal 18 Gauge Stainless Steel Splash Guard for Deep Fryers - 20 1/2" x 18" | $ 47.34 |
| 12/14/2023 | Webstraunt | 92803895 | San Antonio | Regency 12" x 16" Wall Mounted Hand Sink with Gooseneck Faucet and Side Splash | $ 104.99 |
| 12/14/2023 | Webstraunt | 92803895 | San Antonio | C Pure Oceanloch-M Water Filtration System with Oceanloch-M Cartridge | $ 139.99 |
| 12/14/2023 | Webstraunt | 92803895 | San Antonio | Regency 30" x 30" 16-Gauge 304 Stainless Steel Commercial Open Base Work Table | $ 164.99 |
| 12/14/2023 | Webstraunt | 92803895 | San Antonio | Chicago Faucets 513-ABCP Deck-Mounted Pot and Kettle Filler with 21 1/4" Double | $ 174.99 |
| 12/14/2023 | Webstraunt | 92803895 | San Antonio | Chicago Faucets 919-SLABCP Deck-Mounted Single-Hole Pre-Rinse Faucet with Pipe Strap | $ 206.99 |
| 12/14/2023 | Webstraunt | 92803895 | San Antonio | Steelton 18" 16-Gauge Stainless Steel One Compartment Commercial Utility Sink | $ 309.99 |
| 12/14/2023 | Webstraunt | 92803895 | San Antonio | Avantco Ice UC-F-160-A 26" Air Cooled Undercounter Full Cube Ice Machine | $ 1,599.00 |
| 1/2/2024 | Webstraunt | 93275032 | San Antonio | C Pure Oceanloch-M Water Filtration System with Oceanloch-M Cartridge | $ 139.99 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 4-Piece Stainless Steel Deluxe Measuring Spoon Set | $ 1.59 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 6 oz. One-Piece Stainless Steel Ladle | $ 3.58 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 13" Slotted Stainless Steel Basting Spoon | $ 3.92 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 6 1/2" Chrome-Plated Iron Check Spindle | $ 3.96 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 12" Heavy-Duty Stainless Steel Utility Tongs | $ 3.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 8 oz. One-Piece Stainless Steel Ladle | $ 3.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 21" Perforated Stainless Steel Basting Spoon | $ 7.38 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Carlisle 1400GL004 GripLite 14" Black Round Non Skid Serving Tray | $ 14.78 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Ateco 1693 2 1/2"W Flat Silicone Bristle Pastry / Basting Brush | $ 17.38 |

**List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens**

| Date | Seller | Seller Order # | Location | Description | Purchase Price |
|------|--------|----------------|----------|-------------|----------------|
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Carlisle Sparta 16" White Carafe and Server / Bottle Cleaning Brush | $ 20.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Carlisle 1600GR22004 Black 16" Griptite 2 Non Skid Fiberglass Serving Tray | $ 20.99 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 10 1/4" Reinforced Heavy-Duty Stainless Steel Strainer | $ 22.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 16 Qt. Aluminum Colander with Base and Handles | $ 28.99 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Vigor 4 Qt. Clear Square Polycarbonate Food Storage Container and Green Lid | $ 43.99 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Vigor 2 Qt. Clear Square Polycarbonate Food Storage Container and Green Lid | $ 65.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Steelton 20 Pan End Load Bun / Sheet Pan Rack - Unassembled | $ 119.99 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Chef Master Stainless Steel 1 Liter Whipped Cream Dispenser | $ 279.96 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Avantco GDC-15-HC 25 5/8" Black Swing Glass Door Merchandiser Refrigerator | $ 1,099.00 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 3 1/2" Stainless Steel Call Bell | $ 2.89 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 1 Cup Clear Plastic Measuring Cup | $ 2.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 12 oz. One-Piece Aluminum Scoop | $ 3.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | CDN IRM190 ProAccurate Insta-Read 5" Probe Dial Meat Thermometer | $ 4.99 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 16" Extra Heavy-Duty Stainless Steel Utility Tongs | $ 5.18 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 16" Stainless Steel French Whip / Whisk | $ 7.38 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 4 oz. Green Perforated Portion Spoon | $ 8.94 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 4 oz. Green Solid Portion Spoon | $ 8.94 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 13 Qt. Standard Stainless Steel Mixing Bowl | $ 9.38 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 10 oz. Stainless Steel Shaker | $ 9.54 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 10 oz. Polycarbonate Shaker | $ 10.14 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 1.5 Qt. Standard Stainless Steel Mixing Bowl | $ 10.68 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 10" Serrated Edge Slicing / Bread Knife with White Handle | $ 11.18 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Cambro CamSquares® 2 and 4 Qt. Translucent Square Polypropylene Storage Container | $ 11.34 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 10" Aluminum Fry Pan | $ 15.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 20 Qt. Standard Stainless Steel Mixing Bowl | $ 16.78 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 12" Coarse China Cap Strainer | $ 19.49 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 12" x 18" Black Bar Mat | $ 19.96 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | AvaTemp 2 3/4" HACCP Waterproof Digital Pocket Probe Thermometer | $ 20.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 10" Square Aluminum Basting Cover | $ 21.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Cambro CamSquares® Classic 4 Qt. Clear Square Polycarbonate Food Storage Container | $ 25.96 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Cambro CamSquares&#174; 6 and 8 Qt. Translucent Polypropylene Storage Container | $ 32.06 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 18" x 12" x 1/2" White Polyethylene Cutting Board | $ 34.14 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 12" Fine China Cap Strainer | $ 38.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Chef Master N2O Cartridge for Whipped Cream Dispensers | $ 39.66 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 1 Qt. Pour Bottle with White Spout and Cap | $ 59.76 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 1/6 Size Clear Polycarbonate Food Pan Lid with Handle | $ 71.28 |

**List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens**

| Date | Seller | Seller Order # | Location | Description | Purchase Price |
|------|--------|----------------|----------|-------------|----------------|
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 24" x 18" x 1/2" White Polyethylene Cutting Board | $ 73.74 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 1/3 Size 6" Deep 24 Gauge Anti-Jam Stainless Steel Steam Table | $ 111.48 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Cambro CamSquares® Classic 8 Qt. Clear Square Polycarbonate Storage Container | $ 138.46 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | C Pure Oceanloch-M Water Filtration System with Oceanloch-M Cartridge | $ 139.99 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 24 oz. Clear Wide Mouth Squeeze Bottle - 6/Pack (48) | $ 273.12 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 6" x 5" Rectangular Fine Mesh Skimmer | $ 3.29 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 5 Qt. Standard Stainless Steel Mixing Bowl | $ 4.58 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 6 oz. Glass Cheese Shaker with Perforated Chrome-Plated Lid | $ 5.34 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice Black Plastic Bar Caddy Organizer | $ 6.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 4 Qt. Clear Plastic Measuring Cup with Graduations | $ 7.29 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 6" x 4 1/4" Stainless Steel Dough Cutter / Bench Scraper | $ 7.38 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Vollrath 47046 Heavy Duty 6" Pom Tongs | $ 9.64 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 8 oz. 3" Plastic Funnel for Squeeze Bottles | $ 11.94 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 9 1/2" Extra Heavy-Duty Stainless Steel Utility Tong | $ 11.94 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 7" Black Bottle Opener | $ 17.88 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Garde Large Handheld Crank Can Opener with Pivot Handle | $ 17.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | WebstraurantStore 2 Qt. (8 Cups) Clear Plastic Measuring Cup | $ 19.96 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Steelton Stainless Steel Single Tier Speed Rail - 48" | $ 37.99 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 5.5 Qt. Tapered Aluminum Sauce Pan | $ 39.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Vigor SS1 Series 16 Qt. Heavy-Duty Stainless Steel Aluminum-Clad Stock Pot with Cover | $ 44.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice Half Size 13" x 18" 19 Gauge Wire in Rim Aluminum Bun / Sheet Pan | $ 51.48 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Rubbermaid FG1963000000 13 1/2" Red High Temperature Silicone Spatula | $ 57.96 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Mercer Culinary M18700 Millennia® 8" x 3" Turner | $ 67.74 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice 6 Hole Stainless Steel Squeeze Bottle Holder | $ 85.96 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice Full Size 4" Deep Anti-Jam Perforated Stainless Steel Steam Table / Hotel Pan | $ 89.94 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Vigor 1/6 Size Clear Polycarbonate Food Pan - 4" Deep | $ 164.88 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Vollrath 4705 Traex® Kondi-Keeper™ 3-Compart Stain Steel Condiment Bar | $ 164.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice Full Size 19 Gauge 18" x 26" Wire in Rim Aluminum Perforated Bun / Sheet Pan | $ 182.64 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Vigor SS1 Series 40 Qt. Heavy-Duty Stainless Steel Aluminum-Clad Stock Pot with Cover | $ 199.98 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice Bulk Case of 12 Full Size 19 Gauge 18" x 26" Wire in Rim Aluminum Bun Pans | $ 266.96 |
| 2/24/2024 | Webstraunt | 94956337 | San Antonio | Choice Quarter Size 9 1/2" x 13" 19 Gauge Wire in Rim Aluminum Bun / Sheet Pan | $ 283.20 |
| 3/7/2024 | Chef's Deal | 32498A | San Antonio | Somerset Dough Moulder, Model No. CDR-170 | $ 2,610.00 |

**List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens**

| Date | Seller | Seller Order # | Location | Description | Purchase Price |
|------|--------|----------------|----------|-------------|----------------|
| 3/9/2024 | Webstraunt | 95437959 | San Antonio | Regency 24" x 30" 18-Gauge 304 Stainless Steel Commercial Work Table | $ 166.49 |
| 3/9/2024 | Webstraunt | 95437959 | San Antonio | AvaMix IBHD21 21" Heavy-Duty Variable Speed Immersion Blender | $ 289.99 |
| 3/10/2024 | Webstraunt | 954674461 | San Antonio | Choice 3 1/4" x 27" Black Bar Mat | $ 3.49 |
| 3/10/2024 | Webstraunt | 954674461 | San Antonio | Choice 12" x 18" Black Bar Mat | $ 14.97 |
| 3/10/2024 | Webstraunt | 954674461 | San Antonio | Choice Full Size 4" Deep 24 Gauge Anti-Jam Stainless Steel Steam Table | $ 74.95 |
| 3/10/2024 | Webstraunt | 954674461 | San Antonio | Regency 24" x 36" 18-Gauge 304 Stainless Steel Commercial Work | $ 149.99 |
| 3/10/2024 | Webstraunt | 954674461 | San Antonio | AvaMix BL2E 2 hp Commercial Blender with Digital Touchpad Control | $ 169.99 |
| 3/11/2024 | Webstraunt | 95482813 | San Antonio | Regency 18" Deep Wall Mounting Bracket for Chrome Wire Shelving | $ 34.95 |
| 3/11/2024 | Webstraunt | 95482813 | San Antonio | Regency 18" x 36" NSF Chrome Wire Shelf | $ 34.98 |
| 3/11/2024 | Webstraunt | 95482813 | San Antonio | Regency 14" x 48" Chrome Wire Wall Mount Shelf | $ 119.20 |
| | | | | **San Antonio Purchased Free and Clear** | **$ 58,279.86** |

List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens

| Type | Date | Seller | Seller Order # | | Location | Price | Lender |
|---|---|---|---|---|---|---|---|
| **San Antonio Financed Equipment** | | | | | | | |
| Lease | 9/5/2023 | Chefs Deal | 32498 | Roll-In Gas Oven, LBC Bakery Eq Model No. LMO-MAX-G | San Antonio | $ 21,965.00 | TimePament Corp. |
| Lease | 9/5/2023 | Chefs Deal | 32498 | Roll-In Proofer Cabinet, LBC Bakery Eq Model No. LRP2N-40 | San Antonio | $ 8,830.00 | TimePament Corp. |
| Lease | 9/5/2023 | Chefs Deal | 32498 | Spiral Dough Mixer, LBC Baker Eq Model No. KM-80T | San Antonio | $ 6,500.00 | TimePament Corp. |
| Loan | 9/19/2023 | Hoodmart | 160559 | 36D-ECA DRIVE EXHAUST FAN | San Antonio | | |
| Loan | 9/19/2023 | Hoodmart | 160559 | 20D-ECA PREMIUM EFFICIENCY DIRECT DRIVE EXHAUST FAN 1000-1500 CFM, 1/4 HP, UL762 LISTED | San Antonio | $ 5,367.82 | First Electronic Bank |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco SS-WT-72R-HC 72" Three Door Worktop Refrigerator with 3 1/2" Backsplash | San Antonio | $ 2,759.30 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco Ice UC-F-280-A 26" Air Cooled Undercounter Full Cube Ice Machine - 299 lb. | San Antonio | $ 2,380.43 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Hatco HDWTC-2 Freestanding Two Drawer Warmer with Touchscreen Controls - 120V, 704W | San Antonio | $ 4,002.72 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Cooking Performance Group S-36-SB-N 34" Natural Gas Infrared Salamander Broiler - 36,000 BTU - From Group (OD Kit) 351S36SBNWK | San Antonio | $ 1,175.42 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Estella MDD36 Manual Dough Divider - 6.6 lb. Capacity, 36 Part | San Antonio | $ 1,839.18 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency Wall Mount Faucet with 8" Swing Spout and 4" Centers - From Group (OD Kit) 600BSD261844G | San Antonio | $ 72.41 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 18 1/2" Stainless Steel Leg for Sinks - From Group (OD Kit) 600S3203024X | San Antonio | $ 35.38 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 48" Mobile Gas Connector Hose Kit with 2 Elbows, Full Port Valve, Restraining Device, and Quick Disconnect - 1/2" | San Antonio | $ 106.63 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 18" x 60" x 86" NSF Chrome Wire 5-Shelf Kit | San Antonio | $ 1,343.70 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 48" Mobile Gas Connector Hose Kit with 2 Elbows, Full Port Valve, Restraining Device, and Quick Disconnect - 3/4" | San Antonio | $ 389.68 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | ServIt Three Pan Sealed Well Electric Steam Table with Partially Enclosed Base - 120V, 1500W | San Antonio | $ 1,449.48 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 30" x 48" 18-Gauge 304 Stainless Steel Commercial Work Table with Galvanized Legs, Undershelf, and Casters | San Antonio | $ 232.74 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco FF50 Natural Gas 50 lb. Stainless Steel Floor Fryer - 120,000 BTU | San Antonio | $ 2,379.35 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 3 Bowl Underbar Sink with Two Drainboards - 60" x 21" | San Antonio | $ 514.20 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco W50CKR 12" x 20" Full Size Electric Countertop Food Cooker / Warmer - 120V, 1500W | San Antonio | $ 216.49 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 1 Bowl Underbar Hand Sink - 14 1/2" x 18 3/4" | San Antonio | $ 506.61 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Rubbermaid FG354060BLA 92 Qt. / 23 Gallon Slim Jim Black Rectangular Trash Can | San Antonio | $ 45.46 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco A-49F-HC 54" Solid Door Reach-In Freezer | San Antonio | $ 2,596.95 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco A-49R-HC 54" Solid Door Reach-In Refrigerator | San Antonio | $ 2,380.43 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco APT-71M-HC 71" 3 Door Mega Top Refrigerated Sandwich Prep Table | San Antonio | $ 8,602.65 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco CBE-36-HC 36" 2 Drawer Refrigerated Chef Base | San Antonio | $ 1,665.99 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco SS-WT-48F-HC Two Door Worktop Freezer with 3 1/2" Backsplash | San Antonio | $ 2,034.03 | Channel Partners & Capital Peaks |

List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens

| Type | Date | Seller | Seller Order # | | Location | Price | Lender |
|------|------|--------|----------------|--|----------|-------|--------|
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco UBB-4-HC 90" Black Counter Height Solid Door Back Bar Refrigerator with LED Lighting | San Antonio | $ 4,133.01 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Avantco UBB-72-HC 73" Black Counter Height Narrow Solid Door Back Bar Refrigerator with LED Lighting | San Antonio | $ 1,893.31 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Cooking Performance Group GM-CPG-24-NL 24" Gas Countertop Griddle with Manual Controls - 60,000 BTU | San Antonio | $ 756.69 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Cooking Performance Group GT-CPG-36-NL 36" Gas Countertop Griddle with Flame Failure Protection and Thermostatic Controls - 90,000 BTU | San Antonio | $ 1,352.06 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Servit EST-5WS Five Pan Sealed Well Electric Steam Table with Adjustable Undershelf - 208/240V, 3750W | San Antonio | $ 1,471.14 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency Stainless Steel Double Deck Overshelf - 18" x 72" x 32" | San Antonio | $ 313.94 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 30" x 48" 16-Gauge Stainless Steel Commercial Work Table with 4" Backsplash and Undershelf | San Antonio | $ 259.81 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 30" x 30" 16 Gauge Stainless Steel Corner Work Table | San Antonio | $ 422.19 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 18" x 26" Stainless Steel Blender Station with Dump Sink - From Group (OD Kit) 600BSD261844G | San Antonio | $ 268.59 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Cooking Performance Group 35134014021 36" Wall Mounting Kit for S-36-SB Salamander Broilers - From Group (OD Kit) 351S36SBNWK | San Antonio | $ 25.10 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | SINK COMPONENT 600S32030224 - From Group (OD Kit) 600S3203024X | San Antonio | $ 1,055.92 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 27 15/16" Side Sink Cross Brace - 2/Set - From Group (OD Kit) 600S3203024X | San Antonio | $ 29.06 | Channel Partners & Capital Peaks |
| Loan | 11/2/2023 | Webstraunt | 91480651 | Regency 3 1/2" Basket Drain with Strainer - 1 1/2" IPS - From Group (OD Kit) 600S3203024X | San Antonio | $ 14.91 | Channel Partners & Capital Peaks |
| Loan | 11/17/2023 | Webstraunt | 91983294 | Cooking Performance Group S24-N Natural Gas 4 Burner 24" Range with Space Saver Oven - 150,000 BTU | San Antonio | $ 1,406.19 | Lead Bank |
| Loan | 11/17/2023 | Webstraunt | 91983294 | Regency 48" Mobile Gas Connector Hose Kit with 2 Elbows, Full Port Valve, Restraining Device, and Quick Disconnect - 3/4" | San Antonio | $ 129.90 | Lead Bank |
| Loan | 12/14/2023 | Webstraunt | 92803895 | Universal 18 Gauge Stainless Steel Splash Guard for Deep Fryers - 20 1/2" x 18" | San Antonio | $ 51.26 | Lead Bank |
| Loan | 12/14/2023 | Webstraunt | 92803895 | Regency 30" x 30" 16-Gauge 304 Stainless Steel Commercial Open Base Work Table | San Antonio | $ 178.62 | Lead Bank |
| Loan | 12/14/2023 | Webstraunt | 92803895 | Chicago Faucets 513-ABCP Deck-Mounted Pot and Kettle Filler with 21 1/4" Double-Jointed Swing Spout and Quixtop Outlet | San Antonio | $ 189.46 | Lead Bank |
| Loan | 12/14/2023 | Webstraunt | 92803895 | Chicago Faucets 919-SLABCP Deck-Mounted Single-Hole Pre-Rinse Faucet with Pipe Strap | San Antonio | $ 224.08 | Lead Bank |
| Loan | 12/14/2023 | Webstraunt | 92803895 | Avantco Ice UC-F-160-A 26" Air Cooled Undercounter Full Cube Ice Machine - 152 lb. | San Antonio | $ 1,730.92 | Lead Bank |
| Loan | 12/14/2023 | Webstraunt | 92803895 | Steelton 18" 16-Gauge Stainless Steel One Compartment Commercial Utility Sink with Faucet and 18" Drainboard - 18" x 18" x 14" Bowl | San Antonio | $ 335.58 | Lead Bank |
| Loan | 12/14/2023 | Webstraunt | 92803895 | Regency 12" x 16" Wall Mounted Hand Sink with Gooseneck Faucet and Side Splash | San Antonio | $ 113.67 | Lead Bank |
| Loan | 12/14/2023 | Webstraunt | 92803895 | C Pure Oceanloch-M Water Filtration System with Oceanloch-M Cartridge - 1 Micron Rating and 1.67 GPM | San Antonio | $ 151.56 | Lead Bank |

List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens

| Type | Date | Seller | Seller Order # | | Location | Price | Lender |
|---|---|---|---|---|---|---|---|
| Loan | 2/23/2024 | RestaurantSupply.com | 11144423IRS | Steam Table Pan Cover, Winco C-FRC Stainless Steel | San Antonio | | Lead Bank |
| | | | | | | $ 1,044.52 | |
| Loan | 2/23/2024 | RestaurantSupply.com | 11144423IRS | Roll-Top Cover for Full Size Food | San Antonio | | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Steelton 20 Pan End Load Bun / Sheet Pan Rack - Unassembled | San Antonio | $ 129.91 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Avantco GDC-15-HC 25 5/8" Black Swing Glass Door Merchandiser Refrigerator with LED Lighting | San Antonio | $ 1,189.68 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Ateco 1693 2 1/2"W Flat Silicone Bristle Pastry / Basting Brush | San Antonio | $ 18.82 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Carlisle 1400GL004 GripLite 14" Black Round Non Skid Serving Tray | San Antonio | $ 16.01 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Carlisle Sparta 16" White Carafe and Server / Bottle Cleaning Brush - 3 1/4" Bristle Diameter 40001EC02 | San Antonio | $ 22.73 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 16 Qt. Aluminum Colander with Base and Handles | San Antonio | $ 31.39 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 4-Piece Stainless Steel Deluxe Measuring Spoon Set | San Antonio | $ 1.71 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 6 1/2" Chrome-Plated Iron Check Spindle | San Antonio | $ 4.28 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 12" Heavy-Duty Stainless Steel Utility Tongs | San Antonio | $ 4.30 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 8 oz. One-Piece Stainless Steel Ladle | San Antonio | $ 4.30 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 13" Slotted Stainless Steel Basting Spoon | San Antonio | $ 4.23 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 10 1/4" Reinforced Heavy-Duty Stainless Steel Strainer | San Antonio | $ 24.89 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Chef Master Stainless Steel 1 Liter Whipped Cream Dispenser | San Antonio | $ 303.09 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Vollrath 4705 Traex&#174; Kondi-Keeper&#8482; 3-Compartment Stainless Steel Condiment Bar with (3) 1-Quart Inserts | San Antonio | $ 178.62 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 6 oz. One-Piece Stainless Steel Ladle | San Antonio | $ 3.87 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 21" Perforated Stainless Steel Basting Spoon | San Antonio | $ 8.00 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Vigor 2 Qt. Clear Square Polycarbonate Food Storage Container and Green Lid - 6/Pack | San Antonio | $ 71.44 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Vigor 4 Qt. Clear Square Polycarbonate Food Storage Container and Green Lid - 6/Pack | San Antonio | $ 47.63 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Carlisle 1600GR22004 Black 16" Griptite 2 Non Skid Fiberglass Serving Tray | San Antonio | $ 22.74 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 1 Qt. Pour Bottle with White Spout and Cap | San Antonio | $ 64.71 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 7" Black Bottle Opener | San Antonio | $ 19.36 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice Black Plastic Bar Caddy Organizer - 9 3/8" x 5 5/8" x 4 3/16" | San Antonio | $ 7.56 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 1/6 Size Clear Polycarbonate Food Pan Lid with Handle | San Antonio | $ 77.16 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 12" Coarse China Cap Strainer | San Antonio | $ 21.10 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 12" Fine China Cap Strainer | San Antonio | $ 42.21 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 24 oz. Clear Wide Mouth Squeeze Bottle - 6/Pack | San Antonio | $ 295.67 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 6 oz. Glass Cheese Shaker with Perforated Chrome-Plated Lid | San Antonio | $ 5.79 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Garde Large Handheld Crank Can Opener with Pivot Handle | San Antonio | $ 19.47 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Cambro CamSquares® Classic 4 Qt. Clear Square Polycarbonate Food Storage Container | San Antonio | $ 28.11 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Cambro CamSquares&#174; Classic 8 Qt. Clear Square Polycarbonate Food Storage Container | San Antonio | $ 149.91 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Cambro CamSquares® 2 and 4 Qt. Translucent Square Polypropylene Food Storage Container Seal Lid | San Antonio | $ 12.29 | Lead Bank |

**List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens**

| Type | Date | Seller | Seller Order # | | Location | Price | | Lender |
|------|------|--------|----------------|---|----------|-------|---|--------|
| Loan | 2/24/2024 | Webstraunt | 94956337 | Cambro CamSquares® 6 and 8 Qt. Translucent Square Polypropylene Food Storage Container Seal Lid | San Antonio | $ | 34.72 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 10" Serrated Edge Slicing / Bread Knife with White Handle | San Antonio | $ | 12.11 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | CDN IRM190 ProAccurate Insta-Read 5" Probe Dial Meat Thermometer | San Antonio | $ | 5.41 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Vigor 1/6 Size Clear Polycarbonate Food Pan - 4" Deep | San Antonio | $ | 178.51 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice Full Size 4" Deep Anti-Jam Perforated Stainless Steel Steam Table / Hotel Pan - 24 Gauge | San Antonio | $ | 97.38 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 1/3 Size 6" Deep 24 Gauge Anti-Jam Stainless Steel Steam Table / Hotel Pan | San Antonio | $ | 120.70 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 10 oz. Stainless Steel Shaker / Dredge | San Antonio | $ | 10.33 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 10 oz. Polycarbonate Shaker with Yellow Lid for Coarsely Ground Product | San Antonio | $ | 10.98 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 6 Hole Stainless Steel Squeeze Bottle Holder - 6" Deep 1/3 Size Pan | San Antonio | $ | 93.06 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 18" x 12" x 1/2" White Polyethylene Cutting Board | San Antonio | $ | 36.97 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 24" x 18" x 1/2" White Polyethylene Cutting Board | San Antonio | $ | 79.83 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 3 1/2" Stainless Steel Call Bell | San Antonio | $ | 3.12 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 4 oz. Green Perforated Portion Spoon | San Antonio | $ | 9.69 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 4 oz. Green Solid Portion Spoon | San Antonio | $ | 9.69 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 6" x 5" Rectangular Fine Mesh Skimmer | San Antonio | $ | 3.56 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 12 oz. One-Piece Aluminum Scoop | San Antonio | $ | 4.30 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice Bulk Case of 12 Full Size 19 Gauge 18" x 26" Wire in Rim Aluminum Bun Pans / Sheet Pans | San Antonio | $ | 289.01 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice Half Size 13" x 18" 19 Gauge Wire in Rim Aluminum Bun / Sheet Pan | San Antonio | $ | 55.74 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice Quarter Size 9 1/2" x 13" 19 Gauge Wire in Rim Aluminum Bun / Sheet Pan | San Antonio | $ | 306.59 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 10" Aluminum Fry Pan | San Antonio | $ | 17.30 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice Full Size 19 Gauge 18" x 26" Wire in Rim Aluminum Perforated Bun / Sheet Pan | San Antonio | $ | 197.73 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 16" Stainless Steel French Whip / Whisk | San Antonio | $ | 8.00 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 8 oz. 3" Plastic Funnel for Squeeze Bottles | San Antonio | $ | 12.93 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 6" x 4 1/4" Stainless Steel Dough Cutter / Bench Scraper with Black Handle | San Antonio | $ | 4.08 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 13 Qt. Standard Stainless Steel Mixing Bowl | San Antonio | $ | 10.16 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 1.5 Qt. Standard Stainless Steel Mixing Bowl | San Antonio | $ | 11.58 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 20 Qt. Standard Stainless Steel Mixing Bowl | San Antonio | $ | 18.17 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 5 Qt. Standard Stainless Steel Mixing Bowl | San Antonio | $ | 4.96 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 16" Extra Heavy-Duty Stainless Steel Utility Tongs | San Antonio | $ | 5.62 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 9 1/2" Extra Heavy-Duty Stainless Steel Utility Tongs | San Antonio | $ | 12.93 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Mercer Culinary M18700 Millennia® 8" x 3" Turner | San Antonio | $ | 73.35 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 10" Square Aluminum Basting Cover | San Antonio | $ | 23.80 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 5.5 Qt. Tapered Aluminum Sauce Pan | San Antonio | $ | 43.30 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Chef Master N2O Cartridge for Whipped Cream Dispensers - 24/Box | San Antonio | $ | 43.27 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Vigor SS1 Series 16 Qt. Heavy-Duty Stainless Steel Aluminum-Clad Stock Pot with Cover | San Antonio | $ | 48.17 | Lead Bank |

**List of Equipment Purchased for Barrio Restaurant Group, LLC Free and Clear of Liens**

| Type | Date | Seller | Seller Order # | | Location | Price | | Lender |
|------|------|--------|----------------|---|----------|-------|---|--------|
| Loan | 2/24/2024 | Webstraunt | 94956337 | Vigor SS1 Series 40 Qt. Heavy-Duty Stainless Steel Aluminum-Clad Stock Pot with Cover | San Antonio | $ | 216.49 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 1 Cup Clear Plastic Measuring Cup | San Antonio | $ | 3.22 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | WebstaurantStore 2 Qt. (8 Cups) Clear Plastic Measuring Cup | San Antonio | $ | 21.61 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 4 Qt. Clear Plastic Measuring Cup with Graduations | San Antonio | $ | 7.90 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Rubbermaid FG1963000000 13 1/2" Red High Temperature Silicone Spatula | San Antonio | $ | 62.76 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Steelton Stainless Steel Single Tier Speed Rail - 48" | San Antonio | $ | 41.14 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Choice 12" x 18" Black Bar Mat | San Antonio | $ | 21.61 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | C Pure Oceanloch-M Water Filtration System with Oceanloch-M Cartridge - 1 Micron Rating and 1.67 GPM | San Antonio | $ | 151.57 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | AvaTemp 2 3/4" HACCP Waterproof Digital Pocket Probe Thermometer (Red / Raw Meat) | San Antonio | $ | 22.73 | Lead Bank |
| Loan | 2/24/2024 | Webstraunt | 94956337 | Vollrath 47046 Heavy Duty 6" Pom Tongs | San Antonio | $ | 10.44 | Lead Bank |
| | | | | | **San Antonio Financed** | $ | **102,231.04** | |

**Fill in this information to identify the case:**

Debtor name     **Barrio Restaurant Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)   **24-01184-CL11**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property            12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1   Capital Peaks, LLC**
Creditor's Name

**7851 Yorktown Ave
Los Angeles, CA 90045**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/2/2023**
Last 4 digits of account number
**1757**

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. TimePayment Corp.
2. First Electronic Bank, FDIC
3. Channel Capital Partners, LLC
4. Capital Peaks, LLC
5. Lead Bank, FDIC**

Describe debtor's property that is subject to a lien
**Kitchen Equipment - See Attached List**

Amount of claim: **Unknown**    Value of collateral: **Unknown**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2   Channel Capital Partners, LLC**
Creditor's Name

**10900 Wayzata Blvd. Suite 300
Minnetonka, MN 55305**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**11/2/2023**

Describe debtor's property that is subject to a lien
**Kitchen Equipment - See Attached List**

Amount of claim: **Unknown**    Value of collateral: **Unknown**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Official Form 206D          Schedule D: Creditors Who Have Claims Secured by Property          page 1 of 3

Debtor    **Barrio Restaurant Group, LLC**

Name

Case number (if known)    **24-01184-CL11**

**Last 4 digits of account number**
**0651**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.3 | **First Electronic Bank, FDIC** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Kitchen Equipment - See Attached List**

**2150 S.1300 E Ste. 400**
**Salt Lake City, UT 84106**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/15/2023**

**Last 4 digits of account number**
**6279,0559**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.4 | **Lead Bank, FDIC** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Kitchen Equipment - See Attached List**

**1801 Main St.**
**Kansas City, MO 64108**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/17/2023 - 02/24/2024**

**Last 4 digits of account number**
**Multiple Orders**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ☑ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.5 | **TimePayment Corp.** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

**Kitchen Equipment - See Attached List**

**200 Summit Drive**
**Burlington, MA 01803**

Creditor's mailing address

**Describe the lien**
**Purchase Money Security Interest**

**Is the creditor an insider or related party?**
☑ No

---

Debtor    **Barrio Restaurant Group, LLC**                              Case number (if known)    **24-01184-CL11**
_____                                   _____
Name

Creditor's email address, if known
_____

**Date debt was incurred**                                    ☐ Yes
**1/2023 - 9/2023**                                          **Is anyone else liable on this claim?**
**Last 4 digits of account number**                          ☑ No
**Multiple Orders**                                         ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
_____
**Do multiple creditors have an**                            **As of the petition filing date, the claim is:**
**interest in the same property?**                           Check all that apply

☐ No                                                        ☐ Contingent
☑ Yes. Specify each creditor,                                ☐ Unliquidated
including this creditor and its                              ☐ Disputed
relative priority.

**Specified on line 2.1**
_____

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $0.00 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Barrio Restaurant Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)    **24-01184-CL11**

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | | |

**2.1** Priority creditor's name and mailing address

**Franchise Tax Board**
**PO Box 942867**
**Sacramento, CA 94267**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address

**Internal Revenue Service**
**Centralized Insolvency Oper.**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim **$0.00**    Priority amount **$0.00**

Date or dates debt was incurred

Basis for the claim:
**notice only**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

**Spartan Business Solutions LLC**
**371 E. Main St.**
**Middletown, NY 10940**

Date(s) debt was incurred   **1/10/2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Merchant Cash Advance (BD)**
**Principal Amount: $20,000.00**

Is the claim subject to offset? ☑ No ☐ Yes

Amount of claim **Unknown**

39603

| Debtor | **Barrio Restaurant Group, LLC** | | Case number (if known) | **24-01184-CL11** |
|---|---|---|---|---|
| | Name | | | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Yes Capital Group LLC**
**704 Red Oak Drive**
**Copperas Cove, TX 76522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/29/2023

Basis for the claim:  Merchant Cash Advance (BD)
Principal Amount: $20,000.00

Last 4 digits of account number  _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ | **0.00** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | **0.00** |

**Fill in this information to identify the case:**

Debtor name   **Barrio Restaurant Group, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)   **24-01184-CL11**

☑ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Lease for 2234 & 2240 Logan Ave, San Deigo, CA 92101 (BD)**<br><br>State the term remaining   **5 years**<br><br>List the contract number of any government contract | **2234 Logan Ave 92113 LLC**<br>**701 B St., Ste. 234**<br>**San Diego, CA 92101** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Lease for 620 S. Presa, San Antonio, TX 78210 (BRG)**<br><br>State the term remaining   **8 years**<br><br>List the contract number of any government contract | **620 S. Presea Realty Ltd.**<br>**c/o Braun Enterprises**<br>**5353 W. Alabama, Suite 200**<br>**Houston, TX 77056** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Equipment Leases (BD)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Capital Peaks, LLC**<br>**7851 Yorktown Ave**<br>**Los Angeles, CA 90045** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Lease for 665 H Street, Suites A and G, Chula Vista, CA 91910 (BD)**<br><br>State the term remaining   **3.5 years**<br><br>List the contract number of any government contract | **Essel Commercial, LP**<br>**619 Kettner Blvd, Ste A**<br>**San Diego, CA 92101** |

Debtor 1 **Barrio Restaurant Group, LLC**
First Name          Middle Name          Last Name

Case number *(if known)*   **24-01184-CL11**

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.5.  State what the contract or lease is for and the nature of the debtor's interest      **Equipment Leases (BD)**

State the term remaining

List the contract number of any government contract

**TimePayment Corp.
200 Summit Drive
Burlington, MA 01803**

**Fill in this information to identify the case:**

Debtor name     **Barrio Restaurant Group, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF CALIFORNIA REVISED PLAN 6/2016

Case number (if known)    **24-01184-CL11**

☑ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  ·  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | **Barrio Dogg, LLC** | **2234 Logan Avenue** <br> **San Diego, CA 92113** | **Yes Capital Group LLC** | ☐ D _____ <br> ☑ E/F  **3.2** <br> ☐ G _____ |
| 2.2 | **Barrio Dogg, LLC** | **2234 Logan Avenue** <br> **San Diego, CA 92113** | **Spartan Business Solutions LLC** | ☐ D _____ <br> ☑ E/F  **3.1** <br> ☐ G _____ |