**Fill in this information to identify the case:**

Debtor Name __Barrio Restaurant Group, LLC__

United States Bankruptcy Court for the: Southern District of California

Case number: __24-01184-CL11__

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: __May 2024__

Line of business: __Restaurant__

Date report filed: _____
MM / DD / YYYY

NAISC code: __722511__

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: __Margarita Georgieva__

Original signature of responsible party __/s/Margarita Georgieva__

Printed name of responsible party __Margarita Georgieva__

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| | | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Barrio Restaurant Group, LLC                                Case number  24-01184-CL11

17. Have you paid any bills you owed before you filed bankruptcy?                    ☐  ☑  ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?    ☐  ☑  ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$  8,136.10

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$  63,087.91

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

−  $  59,958.71

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+  $  3,129.20

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

=  $  11,265.30

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**                                          $ 0

  *(Exhibit E)*

Debtor Name  Barrio Restaurant Group, LLC

Case number  24-01184-CL11

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                 $ 0

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          6

27. What is the number of employees as of the date of this monthly report?             7

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ 0

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ 0

30. How much have you paid this month in other professional fees?                                    $ 0

31. How much have you paid in total other professional fees since filing the case?                   $ 1,124

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 45,000.00 | − | $ 63,087.91 | = | $ 38,692.09 |
| 33. **Cash disbursements** | $ 38,000.00 | − | $ 59,958.71 | = | $ 21,958.71 |
| 34. **Net cash flow** | $ 7,000.00 | − | $ 3,129.20 | = | $ 3,870.80 |

35. Total projected cash receipts for the next month:                                   $ 65,000.00

36. Total projected cash disbursements for the next month:                            - $ 60,000.00

37. Total projected net cash flow for the next month:                                 = $ 5,000.00

Debtor Name  Barrio Restaurant Group, LLC                                    Case number 24-01184-CL11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑  38.   Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑  39.   Bank reconciliation reports for each account.

☑  40.   Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐  41.   Budget, projection, or forecast reports.

☐  42.   Project, job costing, or work-in-progress reports.

# Barrio Restaurant Group, LLC

## Profit and Loss

### May 2024

|  | TOTAL |
|---|---:|
| Income |  |
|   Restaurant Sales | 63,087.71 |
| **Total Income** | **$63,087.71** |
| Cost of Goods Sold |  |
|   Alcohol Purchases | 9,610.84 |
|   Food Costs | 5,050.36 |
|   Restaurant Supplies | 4,356.44 |
| **Total Cost of Goods Sold** | **$19,017.64** |
| GROSS PROFIT | **$44,070.07** |
| Expenses |  |
|   Accounting | 1,130.00 |
|   Advertising & Marketing | 1,151.87 |
|   Bank Charges & Fees | 120.97 |
|   Business Meals | 753.15 |
|   Car & Truck | 601.73 |
|   Contractors | 16,080.89 |
|   Dues & Subscriptions | 120.12 |
|   Insurance |  |
|     Medical | 168.50 |
|   **Total Insurance** | **168.50** |
|   Landscaping Service | 625.00 |
|   Laundry & Cleaning | 21.66 |
|   Legal & Professional Services | 1,250.00 |
|   Meals & Entertainment | 347.02 |
|   Merchant Service Fees | 1,199.07 |
|   Office Supplies & Software | 169.85 |
|   Parking/Tolls | 15.30 |
|   Payroll Service Fees | 618.00 |
|   Payroll Tax Expenses | 1,216.67 |
|   Payroll Wage Expenses | 11,111.00 |
|   Postage & Shipping | 10.00 |
|   Small Equipment | 69.15 |
|   Taxes & Licenses | 2,734.49 |
|   Travel | 918.57 |
|   Uniforms | 64.94 |
|   Utilities | 443.12 |
| **Total Expenses** | **$40,941.07** |
| NET OPERATING INCOME | **$3,129.00** |
| NET INCOME | **$3,129.00** |

# Barrio Restaurant Group, LLC
## Balance Sheet
### As of May 31, 2024

|  | Total |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Bank Accounts** | |
| Checking-PNC Bank | 7,435.53 |
| **Total Bank Accounts** | $ **7,435.53** |
| **Other Current Assets** | |
| Loan to Barrio Dogg LLC | 5,926.67 |
| **Total Other Current Assets** | $ **5,926.67** |
| **Total Current Assets** | $ **13,362.20** |
| **Fixed Assets** | |
| 2024-Leasehold Improvements | 3,335.26 |
| **Total Fixed Assets** | $ **3,335.26** |
| **TOTAL ASSETS** | $ **16,697.46** |
| **LIABILITIES AND EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| Loan Payable-Pable Rios | -677.76 |
| Payroll Net Pay | 8,969.56 |
| **Total Other Current Liabilities** | $ **8,291.80** |
| **Total Current Liabilities** | $ **8,291.80** |
| **Total Liabilities** | $ **8,291.80** |
| **Equity** | |
| Opening Balance Equity | 4,566.00 |
| Owner's Investment | 1,000.00 |
| Owner's Pay & Personal Expenses | -19.34 |
| Retained Earnings | |
| Net Income | 3,129.00 |
| **Total Equity** | $ **8,675.66** |
| **TOTAL LIABILITIES AND EQUITY** | $ **16,967.46** |

Thursday, Jun 27, 2024 07:53:52 PM GMT-7 - Cash Basis

Barrio Restaurant Group, LLC

**Checking-PNC Bank, Period Ending 05/31/2024**

**RECONCILIATION REPORT**

Reconciled on: 06/27/2024

Reconciled by: Melissa James

Any changes made to transactions after this date aren't included in this report.

| **Summary** | USD |
|---|---|
| Statement beginning balance | 5,543.23 |
| Checks and payments cleared (265) | -63,003.13 |
| Deposits and other credits cleared (30) | 64,895.43 |
| Statement ending balance | 7,435.53 |
| | |
| Register balance as of 05/31/2024 | 7,435.53 |

**Details**

Checks and payments cleared (265)

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/01/2024 | Expense | | Total Impact | -1,130.00 |
| 05/01/2024 | Check | 1073 | Oscar Aguilar | -450.00 |
| 05/01/2024 | Check | 1066 | Francisco Garcia | -2,333.30 |
| 05/01/2024 | Check | 1071 | Julia O'Valle | -640.00 |
| 05/01/2024 | Check | 1070 | Julian Garza | -540.00 |
| 05/01/2024 | Check | 1074 | Samuel Rincon | -220.00 |
| 05/01/2024 | Check | 1068 | Reanna Castruita | -1,200.00 |
| 05/01/2024 | Check | 1069 | Eric Cardenas | -1,440.00 |
| 05/01/2024 | Expense | | Chile Media LLC | -135.31 |
| 05/01/2024 | Expense | | | -105.97 |
| 05/01/2024 | Check | 1072 | Jessica Del Valle | -740.00 |
| 05/02/2024 | Expense | | | -187.20 |
| 05/02/2024 | Expense | | | -1,078.08 |
| 05/02/2024 | Expense | | | -12.95 |
| 05/02/2024 | Expense | | Margarita Georgieva | -250.00 |
| 05/02/2024 | Expense | | | -5.77 |
| 05/02/2024 | Expense | | Paramount | -6.48 |
| 05/02/2024 | Expense | | | -10.48 |
| 05/03/2024 | Expense | | Airbnb | -212.64 |
| 05/05/2024 | Check | 1082 | Solano Produce | -154.75 |
| 05/05/2024 | Check | 1085 | Jessica Del Valle | -750.00 |
| 05/05/2024 | Check | 1083 | Augustine Ortiz | -280.00 |
| 05/05/2024 | Check | 1084 | Amanda De La O | -350.00 |
| 05/06/2024 | Expense | | | -43.15 |
| 05/06/2024 | Expense | | | -35.40 |
| 05/06/2024 | Expense | | DirecTV | -269.99 |
| 05/06/2024 | Expense | | | -3.00 |
| 05/06/2024 | Expense | | | -64.94 |
| 05/06/2024 | Check | TRSFR | | -2,000.00 |
| 05/06/2024 | Expense | | ATM | -1,003.00 |
| 05/06/2024 | Expense | | | -8.96 |
| 05/07/2024 | Expense | | | -20.70 |
| 05/07/2024 | Expense | | | -72.97 |
| 05/07/2024 | Expense | | Ben E. Keith | -889.20 |
| 05/07/2024 | Expense | | Walmart | -158.69 |
| 05/08/2024 | Expense | | Central Market | -17.13 |
| 05/08/2024 | Expense | | Home Depot | -15.48 |
| 05/08/2024 | Expense | | Shell | -35.15 |
| 05/08/2024 | Expense | | H-E-B | -32.10 |
| 05/08/2024 | Expense | | Central Market | -97.76 |
| 05/08/2024 | Expense | | | -32.20 |
| 05/08/2024 | Expense | | Sams Club | -239.93 |
| 05/08/2024 | Expense | | Ramirez Lawn Care | -80.00 |
| 05/08/2024 | Expense | | | -302.60 |
| 05/08/2024 | Expense | | | -302.60 |
| 05/08/2024 | Expense | | | -269.18 |
| 05/08/2024 | Expense | | Amex | -320.00 |
| 05/08/2024 | Check | 1086 | Solano Produce | -344.50 |
| 05/09/2024 | Expense | | Amazon | -24.99 |

6/27/24, 6:15 PM
about:blank

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/09/2024 | Expense | | Amazon | -61.31 |
| 05/09/2024 | Expense | | | -5.50 |
| 05/09/2024 | Expense | | | -40.37 |
| 05/09/2024 | Check | 1087 | Silver Eagle Beverage | -250.90 |
| 05/09/2024 | Expense | | | -2.30 |
| 05/09/2024 | Expense | | | -120.00 |
| 05/09/2024 | Expense | | | -3.00 |
| 05/09/2024 | Expense | | | -3.00 |
| 05/09/2024 | Expense | | | -2.30 |
| 05/09/2024 | Expense | | Home Depot | -21.91 |
| 05/09/2024 | Expense | | Walmart | -89.71 |
| 05/09/2024 | Expense | | ATM | -403.00 |
| 05/09/2024 | Expense | | Restaurant Depot | -644.24 |
| 05/09/2024 | Expense | | Ace Mart | -17.18 |
| 05/10/2024 | Expense | | | -650.00 |
| 05/10/2024 | Expense | | Ben E. Keith | -1,178.09 |
| 05/10/2024 | Expense | | Clover | -108.04 |
| 05/10/2024 | Expense | | Mission Restaurant Supplies | -14.72 |
| 05/10/2024 | Expense | | | -98.71 |
| 05/10/2024 | Expense | | Specs | -172.42 |
| 05/10/2024 | Expense | | | -2,308.66 |
| 05/10/2024 | Expense | | | -29.21 |
| 05/10/2024 | Expense | | FDMS | -325.83 |
| 05/10/2024 | Expense | | H-E-B | -6.49 |
| 05/10/2024 | Expense | | H-E-B | -31.87 |
| 05/10/2024 | Check | 1058 | Joe Garcia | -200.00 |
| 05/10/2024 | Check | 1063 | Jon Chuck | -150.00 |
| 05/13/2024 | Expense | | Restaurant Depot | -172.25 |
| 05/13/2024 | Expense | | Home Depot | -52.96 |
| 05/13/2024 | Expense | | H-E-B | -14.72 |
| 05/13/2024 | Expense | | CM Ecommerce | -169.85 |
| 05/13/2024 | Expense | | Circle K | -35.15 |
| 05/13/2024 | Expense | | Laz | -11.30 |
| 05/13/2024 | Expense | | | -40.29 |
| 05/13/2024 | Expense | | Home Depot | -23.22 |
| 05/13/2024 | Expense | | H-E-B | -31.65 |
| 05/13/2024 | Expense | | Party City | -4.33 |
| 05/13/2024 | Expense | | Chicho Boys | -46.00 |
| 05/13/2024 | Expense | | Alamo Candy Company | -74.93 |
| 05/13/2024 | Expense | | H-E-B | -38.95 |
| 05/13/2024 | Expense | | Amazon | -27.27 |
| 05/13/2024 | Expense | 1059 | Solano Produce | -140.50 |
| 05/13/2024 | Check | 1088 | N8 Fire & Safety | -245.44 |
| 05/13/2024 | Expense | | Kungfu Tea | -6.25 |
| 05/13/2024 | Expense | | Golden Stores | -35.15 |
| 05/13/2024 | Expense | | | -3.00 |
| 05/13/2024 | Expense | | Walmart | -33.38 |
| 05/13/2024 | Expense | | ATM | -303.00 |
| 05/13/2024 | Expense | | Foodmax | -10.81 |
| 05/14/2024 | Check | EFT | ADP | -15.92 |
| 05/14/2024 | Check | eft | ADP | -93.00 |
| 05/14/2024 | Check | eft | Ben E. Keith | -1,236.77 |
| 05/14/2024 | Check | eft | Michaels | -64.92 |
| 05/15/2024 | Expense | | | -173.13 |
| 05/15/2024 | Expense | | | -44.72 |
| 05/15/2024 | Check | eft | | -121.70 |
| 05/15/2024 | Check | 1090 | Solano Produce | -194.25 |
| 05/15/2024 | Check | 1091 | Eric Cardenas | -250.00 |
| 05/15/2024 | Check | 1092 | Jessica Del Valle | -740.00 |
| 05/15/2024 | Expense | | Amazon | -64.94 |
| 05/15/2024 | Expense | | Best Buy | -30.60 |
| 05/15/2024 | Expense | | ADP | -2,913.47 |
| 05/16/2024 | Expense | | | -500.00 |
| 05/16/2024 | Expense | 1060 | Southern Glazers | -750.00 |
| 05/16/2024 | Expense | | Dream Villarreal | -192.00 |
| 05/16/2024 | Expense | | Samuel Rincon | -600.00 |
| 05/16/2024 | Expense | | Eric Cardenas | -1,167.39 |
| 05/16/2024 | Expense | | Julian Garza | -378.63 |
| 05/16/2024 | Expense | | | -35.94 |
| 05/16/2024 | Expense | | Home Depot | -50.44 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/16/2024 | Expense | | | -31.26 |
| 05/16/2024 | Expense | | UPS | -10.00 |
| 05/16/2024 | Expense | | Walmart | -46.82 |
| 05/16/2024 | Expense | | Restaurant Depot | -267.21 |
| 05/16/2024 | Expense | | | -15.92 |
| 05/16/2024 | Check | 1094 | Silver Eagle Beverage | -254.30 |
| 05/16/2024 | Check | 1095 | Solano Produce | -160.00 |
| 05/16/2024 | Check | 50001 | Pablo Rios | -461.75 |
| 05/17/2024 | Expense | | Julia O'Valle | -457.13 |
| 05/17/2024 | Expense | | ADP | -281.29 |
| 05/17/2024 | Expense | | ATM | -80.00 |
| 05/17/2024 | Expense | | | -17.10 |
| 05/17/2024 | Expense | | Circle K | -20.67 |
| 05/17/2024 | Expense | | | -6.39 |
| 05/17/2024 | Expense | | H-E-B | -20.00 |
| 05/17/2024 | Expense | | H-E-B | -17.62 |
| 05/17/2024 | Expense | | Francisco Garcia | -2,802.21 |
| 05/20/2024 | Expense | | Amazon | -23.13 |
| 05/20/2024 | Expense | | Amazon | -49.78 |
| 05/20/2024 | Expense | | | -27.06 |
| 05/20/2024 | Expense | | | -11.85 |
| 05/20/2024 | Expense | | Culebra Meat Market | -19.52 |
| 05/20/2024 | Expense | | Mission Restaurant Supplies | -12.87 |
| 05/20/2024 | Expense | | H-E-B | -91.22 |
| 05/20/2024 | Expense | | | -9.99 |
| 05/20/2024 | Expense | | Ben E. Keith | -1,379.14 |
| 05/20/2024 | Expense | | | -13.87 |
| 05/20/2024 | Expense | | Family Dollar | -23.05 |
| 05/20/2024 | Expense | | | -63.64 |
| 05/20/2024 | Expense | | H-E-B | -146.96 |
| 05/20/2024 | Expense | | H-E-B | -2.90 |
| 05/20/2024 | Expense | | Walmart | -6.45 |
| 05/20/2024 | Expense | | Walmart | -206.78 |
| 05/20/2024 | Expense | | Solano Produce | -97.50 |
| 05/20/2024 | Expense | | | -23.99 |
| 05/20/2024 | Expense | | Development Services | -100.00 |
| 05/20/2024 | Expense | | Amazon | -21.14 |
| 05/20/2024 | Expense | | Restaurant Depot | -13.07 |
| 05/20/2024 | Expense | | | -2.60 |
| 05/20/2024 | Expense | | | -2.60 |
| 05/21/2024 | Expense | | Specs | -119.17 |
| 05/21/2024 | Expense | | Dream Villarreal | -32.00 |
| 05/21/2024 | Expense | | Pablo Rios | -1,000.00 |
| 05/21/2024 | Expense | | Jessica Del Valle | -750.00 |
| 05/21/2024 | Expense | | Restaurant Depot | -92.02 |
| 05/21/2024 | Expense | | Circle K | -35.15 |
| 05/21/2024 | Expense | | H-E-B | -35.46 |
| 05/21/2024 | Expense | | Walmart | -193.64 |
| 05/22/2024 | Expense | | Amazon | -47.62 |
| 05/22/2024 | Expense | | Solano Produce | -88.00 |
| 05/22/2024 | Expense | | Alamo Candy Company | -74.66 |
| 05/22/2024 | Expense | | Walmart | -138.29 |
| 05/22/2024 | Expense | | Sams Club | -144.70 |
| 05/22/2024 | Expense | | | -35.15 |
| 05/22/2024 | Expense | | Family Dollar | -13.65 |
| 05/23/2024 | Expense | | CNC Laundry | -10.83 |
| 05/23/2024 | Expense | | Amazon | -51.52 |
| 05/23/2024 | Expense | | Brown & McDonald PLLC | -1,250.00 |
| 05/23/2024 | Expense | | Amazon | -25.97 |
| 05/23/2024 | Expense | | | -35.94 |
| 05/23/2024 | Expense | 1047 | Pablo Rios | -1,222.29 |
| 05/23/2024 | Expense | | Silver Eagle Beverage | -590.25 |
| 05/23/2024 | Expense | | Home Depot | -6.01 |
| 05/23/2024 | Expense | | Amazon | -73.83 |
| 05/23/2024 | Expense | | | -7.58 |
| 05/23/2024 | Expense | | Chile Media LLC | -155.88 |
| 05/23/2024 | Expense | | Party City | -29.10 |
| 05/23/2024 | Expense | | CNC Laundry | -10.83 |
| 05/24/2024 | Expense | | Home Depot | -17.26 |
| 05/24/2024 | Expense | | Amazon | -22.49 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|---|---|---|---|---|
| 05/24/2024 | Expense | | Steve's Food Mart | -34.96 |
| 05/24/2024 | Expense | | H-E-B | -11.73 |
| 05/24/2024 | Expense | | | -10.71 |
| 05/24/2024 | Expense | | | -25.91 |
| 05/24/2024 | Expense | | H-E-B | -18.85 |
| 05/24/2024 | Expense | | | -70.12 |
| 05/24/2024 | Expense | | Shell | -10.15 |
| 05/24/2024 | Expense | | Ben E. Keith | -1,458.59 |
| 05/24/2024 | Expense | | ADP | -276.07 |
| 05/24/2024 | Expense | | Solano Produce | -167.00 |
| 05/24/2024 | Expense | | Ace Mart | -11.33 |
| 05/24/2024 | Expense | | Home Depot | -23.22 |
| 05/24/2024 | Expense | | Amazon | -162.36 |
| 05/24/2024 | Expense | | Best Buy | -7.57 |
| 05/28/2024 | Expense | | Restaurant Depot | -226.07 |
| 05/28/2024 | Expense | | | -30.15 |
| 05/28/2024 | Expense | | Circle K | -12.94 |
| 05/28/2024 | Expense | | H-E-B | -111.04 |
| 05/28/2024 | Expense | | Fubo TV | -113.64 |
| 05/28/2024 | Expense | | ATM | -303.00 |
| 05/28/2024 | Expense | | Affirm | -69.15 |
| 05/28/2024 | Expense | | Imprint | -250.00 |
| 05/28/2024 | Expense | | | -10.80 |
| 05/28/2024 | Expense | | Kungfu Tea | -17.75 |
| 05/28/2024 | Expense | | | -2.60 |
| 05/28/2024 | Expense | | H-E-B | -26.87 |
| 05/28/2024 | Expense | | | -8.96 |
| 05/28/2024 | Expense | | Kungfu Tea | -6.25 |
| 05/28/2024 | Expense | | | -2.60 |
| 05/28/2024 | Expense | | | -2.30 |
| 05/28/2024 | Expense | | Kungfu Tea | -11.04 |
| 05/28/2024 | Expense | | | -23.96 |
| 05/28/2024 | Expense | | | -8.96 |
| 05/28/2024 | Expense | | | -2.30 |
| 05/28/2024 | Expense | | Walmart | -84.06 |
| 05/28/2024 | Expense | | Amazon | -16.23 |
| 05/28/2024 | Expense | | | -92.02 |
| 05/28/2024 | Expense | | Family Dollar | -45.72 |
| 05/28/2024 | Expense | | Shell | -35.83 |
| 05/28/2024 | Expense | | Foodmax | -10.81 |
| 05/28/2024 | Expense | 1067 | Levi Dockery | -1,333.30 |
| 05/28/2024 | Expense | | Reanna Castruita | -772.33 |
| 05/28/2024 | Expense | | Levi Dockery | -1,689.67 |
| 05/28/2024 | Expense | | ATM | -3.00 |
| 05/28/2024 | Expense | | Restaurant Depot | -413.04 |
| 05/28/2024 | Expense | | Circle K | -35.15 |
| 05/28/2024 | Expense | | Amazon | -39.63 |
| 05/28/2024 | Expense | | H-E-B | -16.64 |
| 05/28/2024 | Expense | | Airbnb | -37.56 |
| 05/29/2024 | Expense | | Pablo Rios | -677.76 |
| 05/29/2024 | Expense | | San Diego Padres | -110.00 |
| 05/29/2024 | Expense | | Ramirez Lawn Care | -95.00 |
| 05/29/2024 | Expense | | Restaurant Depot | -288.56 |
| 05/29/2024 | Expense | | | -10.80 |
| 05/29/2024 | Expense | | | -219.00 |
| 05/29/2024 | Check | 1105 | Solano Produce | -161.00 |
| 05/30/2024 | Expense | | Shell | -13.64 |
| 05/30/2024 | Expense | | | -52.28 |
| 05/30/2024 | Expense | | | -11.25 |
| 05/30/2024 | Expense | | Restaurant Depot | -289.55 |
| 05/30/2024 | Expense | | | -46.00 |
| 05/30/2024 | Expense | | | -108.39 |
| 05/30/2024 | Expense | | | -4.00 |
| 05/30/2024 | Expense | | Home Depot | -97.36 |
| 05/30/2024 | Expense | | | -34.62 |
| 05/30/2024 | Expense | | H-E-B | -22.64 |
| 05/30/2024 | Expense | | H-E-B | -120.83 |
| 05/31/2024 | Expense | | H-E-B | -11.16 |
| 05/31/2024 | Expense | | | -168.50 |
| 05/31/2024 | Expense | | Shell | -30.00 |

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/31/2024 | Expense | | H-E-B | -25.21 |
| 05/31/2024 | Expense | | H-E-B | -34.11 |
| 05/31/2024 | Expense | | Sams Club | -221.72 |
| 05/31/2024 | Expense | | Home Depot | -10.80 |
| 05/31/2024 | Expense | | Ben E. Keith | -1,332.01 |
| 05/31/2024 | Expense | | ADP | -51.40 |
| Total | | | | -63,003.13 |

**Deposits and other credits cleared (30)**

| DATE | TYPE | REF NO. | PAYEE | AMOUNT (USD) |
|------|------|---------|-------|--------------|
| 05/02/2024 | Deposit | | | 422.72 |
| 05/03/2024 | Deposit | | | 135.00 |
| 05/03/2024 | Deposit | | | 1,489.74 |
| 05/06/2024 | Deposit | | | 9,074.63 |
| 05/06/2024 | Deposit | | | 1,000.00 |
| 05/06/2024 | Deposit | | | 22.72 |
| 05/06/2024 | Deposit | | | 2,179.93 |
| 05/06/2024 | Deposit | | | 5,703.86 |
| 05/07/2024 | Deposit | | | 72.53 |
| 05/09/2024 | Deposit | | | 1,063.07 |
| 05/10/2024 | Deposit | | | 2,316.12 |
| 05/10/2024 | Deposit | | | 650.00 |
| 05/10/2024 | Deposit | | | 789.75 |
| 05/13/2024 | Deposit | | | 4,073.41 |
| 05/13/2024 | Deposit | | | 4,267.97 |
| 05/13/2024 | Deposit | | | 2,667.98 |
| 05/14/2024 | Deposit | | | 1,290.11 |
| 05/14/2024 | Deposit | | | 3,517.54 |
| 05/14/2024 | Deposit | | | 4,322.60 |
| 05/14/2024 | Deposit | | | 4,643.95 |
| 05/14/2024 | Deposit | | | 38.32 |
| 05/15/2024 | Deposit | | Solano Produce | 33.48 |
| 05/15/2024 | Deposit | | Jessica Del Valle | 1,026.99 |
| 05/15/2024 | Deposit | | Pablo Rios | 1,697.39 |
| 05/28/2024 | Deposit | | | 921.97 |
| 05/28/2024 | Deposit | | | 4,015.60 |
| 05/28/2024 | Deposit | | | 2,306.37 |
| 05/28/2024 | Deposit | | | 3,520.23 |
| 05/30/2024 | Deposit | | | 916.32 |
| 05/31/2024 | Deposit | | | 715.13 |
| Total | | | | 64,895.43 |

# Business Checking

PNC Bank

**For the Period 05/01/2024 to 05/31/2024**

Primary Account Number: ████-8966
Page 1 of 11
Number of enclosures: 0

BARRIO RESTAURANT GROUP LLC #24-0118
DEBTOR IN POSSESSION
620 S PRESA ST
SAN ANTONIO TX 78210-1054

☎ For 24-hour banking sign on to

🖥 PNC Bank Online Banking on pnc.com
FREE Online Bill Pay

For customer service call 1-877-BUS-BNKG
PNC accepts Telecommunications Relay Service (TRS) calls.
Para servicio en espanol, 1-877-BUS-BNKG

**Moving?** Please contact your local branch

✉ Write to: Customer Service
PO Box 609
Pittsburgh, PA  15230-9738
🖥 Visit us at PNC.com/smallbusiness

## Business Checking Summary

Account number: ████-8966

Barrio Restaurant Group Llc #24-0118
Debtor In Possession

Overdraft Protection has not been established for this account.
Please contact us if you would like to set up this service.

## Balance Summary

| | Beginning balance | Deposits and other additions | Checks and other deductions | Ending balance |
|---|---|---|---|---|
| | 5,543.23 | 64,895.43 | 63,003.13 | 7,435.53 |

## Overdraft and Returned Item Fee Summary

| | Total for this Period | Total Year to Date |
|---|---|---|
| Total Overdraft Fees | .00 | 36.00 |
| Total Returned Item Fees (NSF) | .00 | 36.00 |

## Deposits and Other Additions

| Description | Items | Amount |
|---|---|---|
| Deposits | 2 | 785.00 |
| ATM Deposits and Additions | 1 | 22.72 |
| Other Additions | 27 | 64,087.71 |
| Total | 30 | 64,895.43 |

## Checks and Other Deductions

| Description | Items | Amount |
|---|---|---|
| Checks | 44 | 27,990.39 |
| Debit Card Purchases | 119 | 6,890.38 |
| POS Purchases | 57 | 4,198.33 |
| ATM/Misc. Debit Card Transactions | 9 | 2,409.80 |
| ACH Deductions | 25 | 17,152.23 |
| Service Charges and Fees | 8 | 1,212.00 |
| Other Deductions | 3 | 3,150.00 |
| Total | 265 | 63,003.13 |

## Daily Balance

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|---|---|---|---|---|---|
| 05/01 | 3,431.95 | 05/07 | 8,691.43 | 05/13 | 13,507.20 |
| 05/02 | 1,853.71 | 05/08 | 6,602.80 | 05/14 | 11,934.91 |
| 05/03 | 292.51 | 05/09 | 6,227.06 | 05/15 | 7,190.35 |
| 05/06 | 13,580.46 | 05/10 | 4,018.24 | 05/16 | 3,684.49 |

Daily Balance continued on next page

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2024 to 05/31/2024**
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ████-8966
Page 2 of 11

Business Checking Account Number: ████-8966 - continued

## Daily Balance  *- continued*

| Date | Ledger balance | Date | Ledger balance | Date | Ledger balance |
|------|---------------|------|---------------|------|---------------|
| 05/17 | 857.89 | 05/23 | 5,783.80 | 05/29 | 8,489.55 |
| 05/20 | 10,992.87 | 05/24 | 5,160.44 | 05/30 | 8,605.31 |
| 05/21 | 8,768.91 | 05/28 | 10,051.67 | 05/31 | 7,435.53 |
| 05/22 | 8,226.84 | | | | |

## Activity Detail

### Deposits and Other Additions

#### Deposits

| Date posted | Amount | Transaction description | Reference number |
|------|--------|------------------------|------------------|
| 05/03 | 135.00 | Zelle From  Margarita Georgieva | USBVzpmiSPG4 |
| | | Effective  05-02-24 | |
| 05/10 | 650.00 | Zelle From  Barrio Dogg Llc | USBNKGIiV441 |

#### ATM Deposits and Additions

| Date posted | Amount | Transaction description | Reference number |
|------|--------|------------------------|------------------|
| 05/06 | 22.72 | Debit Card Credit Amazon.com  Amzn.com/bi Wa | 02511910008065692126 |

#### Other Additions

| Date posted | Amount | Transaction description | Reference number |
|------|--------|------------------------|------------------|
| 05/02 | 422.72 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/03 | 1,489.74 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/06 | 2,179.93 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| | | Effective  05-04-24 | |
| 05/06 | 5,703.86 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| | | Effective  05-05-24 | |
| 05/06 | 1,000.00 | Account Transfer From   0000004734415713 | BARRIO RESTAURA |
| 05/06 | 9,074.63 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/07 | 72.53 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/09 | 1,063.07 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/10 | 2,316.12 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/13 | 2,667.98 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| | | Effective  05-11-24 | |
| 05/13 | 4,267.97 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| | | Effective  05-12-24 | |
| 05/13 | 4,073.41 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/14 | 38.32 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/16 | 789.75 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/17 | 1,290.11 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/20 | 3,517.54 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| | | Effective  05-18-24 | |
| 05/20 | 4,322.60 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| | | Effective  05-19-24 | |
| 05/20 | 4,643.95 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/21 | 33.48 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/23 | 1,026.99 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/24 | 1,697.39 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| 05/28 | 2,306.37 | PNC Merchant Deposit   277324705999 | 277324705999   NKY |
| | | Effective  05-25-24 | |

Other Additions continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 05/01/2024 to 05/31/2024
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ▮▮▮▮-8966
Page 3 of 11

Business Checking Account Number: ▮▮▮▮-8966 - continued

## Other Additions    *continued*

| Date posted | Amount | Transaction description | | | Reference number |
|---|---|---|---|---|---|
| 05/28 | 3,520.23 | PNC Merchant Deposit Effective 05-26-24 | 277324705999 | 277324705999 | NKY |
| 05/28 | 4,015.60 | PNC Merchant Deposit Effective 05-27-24 | 277324705999 | 277324705999 | NKY |
| 05/28 | 921.97 | PNC Merchant Deposit | 277324705999 | 277324705999 | NKY |
| 05/30 | 916.32 | PNC Merchant Deposit | 277324705999 | 277324705999 | NKY |
| 05/31 | 715.13 | PNC Merchant Deposit | 277324705999 | 277324705999 | NKY |

## Checks and Other Deductions

### Checks and Substitute Checks    * Gap in check sequence

| Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number | Date posted | Check number | Amount | Reference number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 05/23 | 1047 * | 1,222.29 | 01068574 | 05/07 | 1083 | 280.00 | 011690660 | 05/23 | 1098 | 590.25 | 010562184 |
| 05/14 | 1058 * | 200.00 | 016080774 | 05/06 | 1084 | 350.00 | 011138102 | 05/21 | 1100 * | 1,000.00 | 009171477 |
| 05/13 | 1059 | 140.50 | 015404285 | 05/07 | 1085 | 750.00 | 011974933 | 05/23 | 1101 | 1,250.00 | 010579445 |
| 05/16 | 1060 | 750.00 | 017404447 | 05/08 | 1086 | 344.50 | 012826272 | 05/22 | 1102 | 88.00 | 010254224 |
| 05/07 | 1063 * | 150.00 | 011523448 | 05/10 | 1087 | 250.90 | 013834247 | 05/21 | 1103 | 750.00 | 009681738 |
| 05/03 | 1066 * | 2,333.30 | 009324945 | 05/13 | 1088 | 245.44 | 015192062 | 05/24 | 1104 | 167.00 | 011332611 |
| 05/28 | 1067 | 1,333.30 | 032623022 | 05/16 | 1089 | 192.00 | 017719023 | 05/29 | 1105 | 161.00 | 013513098 |
| 05/07 | 1068 | 1,200.00 | 012105625 | 05/15 | 1090 | 194.25 | 017086198 | 05/15 | 50001 * | 461.75 | 016858023 |
| 05/07 | 1069 | 1,440.00 | 011677697 | 05/16 | 1091 | 250.00 | 017460333 | 05/16 | 50002 | 1,167.39 | 017460729 |
| 05/06 | 1070 | 540.00 | 010434493 | 05/15 | 1092 | 740.00 | 017237738 | 05/28 | 50003 | 772.33 | 012342383 |
| 05/03 | 1071 | 640.00 | 009324086 | 05/16 | 1093 | 600.00 | 017376535 | 05/28 | 50004 | 1,689.67 | 032623023 |
| 05/01 | 1072 | 740.00 | 019378198 | 05/17 | 1094 | 254.30 | 018077760 | 05/17 | 50005 | 2,802.21 | 018098933 |
| 05/02 | 1073 | 450.00 | 019521184 | 05/17 | 1095 | 160.00 | 018489436 | 05/16 | 50006 | 378.63 | 017377242 |
| 05/06 | 1074 | 220.00 | 010436082 | 05/20 | 1096 | 97.50 | 019616002 | 05/17 | 50007 | 457.13 | 018098241 |
| 05/06 | 1082 * | 154.75 | 011231494 | 05/21 | 1097 | 32.00 | 009678019 | | | | |

### Debit Card Purchases

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 135.31 | 5692 Debit Card Purchase Chile Media Llc San Antonio Tx | 60106910008065692122 |
| 05/02 | 5.77 | 5692 Debit Card Purchase Py *Kung Fu Tea - San San Antonio Tx | 24516910008065692123 |
| 05/03 | 212.64 | 6060 Debit Card Purchase Klarna*airbnb us Columbus Oh | 45437910095936060124 |
| 05/06 | 8.96 | 5692 Debit Card Purchase Tst* Burger Boy 5 - NE San Antonio Tx | 02512910008065692126 |
| 05/07 | 72.97 | 6060 Debit Card Purchase The Haven Southtown Me 210-5332171 Tx | 60725910095936060128 |
| 05/07 | 20.70 | 5692 Debit Card Purchase Sq *Dulce Suenos Coffe San Antonio Tx | 18460910008065692128 |
| 05/08 | 269.18 | 5692 Debit Card Purchase Pancake Joes San Antonio Tx | 25064910008065692129 |
| 05/08 | 302.60 | 6060 Debit Card Purchase Delta Air  Seattle Wa | 72709910095936060129 |
| 05/08 | 302.60 | 6060 Debit Card Purchase Delta Air  Seattle Wa | 72710910095936060129 |
| 05/08 | 80.00 | 5692 Debit Card Purchase Sq *Ramirez Lawn Care gosq.com Tx | 25067910008065692129 |
| 05/08 | 239.93 | 5692 Debit Card Purchase Sams Club #4939 San Antonio Tx | 25066910008065692129 |
| 05/08 | 32.20 | 5692 Debit Card Purchase Sq *Southwest Elixirs San Antonio Tx | 25062910008065692129 |
| 05/08 | 17.13 | 5692 Debit Card Purchase Central Market #191 San Antonio Tx | 25063910008065692129 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2024 to 05/31/2024**
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ▐████▌-8966
Page 4 of 11

Business Checking Account Number: ▐████▌-8966 - continued

## Debit Card Purchases  *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/08 | 32.10 | 5692 Debit Card Purchase H-E-B  San Antonio Tx | 25065910008065692129 |
| 05/09 | 40.37 | 5692 Debit Card Purchase The Haven Southtown Me 210-5332171 Tx | 70099910008065692130 |
| 05/09 | 5.50 | 5692 Debit Card Purchase La Michoacana San Anto San Antonio Tx | 70102910008065692130 |
| 05/09 | 61.31 | 5692 Debit Card Purchase Amazon.com*V262D7333 Amzn.com/bi Wa | 70101910008065692130 |
| 05/09 | 24.99 | 5692 Debit Card Purchase Amzn Mktp US*Mh8Xt3Tp3 Amzn.com/bi Wa | 70100910008065692130 |
| 05/09 | 2.30 | 5692 Debit Card Purchase Grande H2O Llc San Antonio Tx | 70103910008065692130 |
| 05/09 | 89.71 | 5692 Debit Card Purchase Wal-Mart #2404 San Antonio Tx | 70098910008065692130 |
| 05/09 | 2.30 | 5692 Debit Card Purchase Grande H2O Llc San Antonio Tx | 70104910008065692130 |
| 05/10 | 31.87 | 5692 Debit Card Purchase H-E-B Gas/Carwash #026 San Antonio Tx | 54002910008065692131 |
| 05/10 | 6.49 | 5692 Debit Card Purchase H-E-B #026  San Antoni | 54000910008065692131 |
| 05/10 | 29.21 | 5692 Debit Card Purchase Gino's Deli & Stop N B San Antonio Tx | 54001910008065692131 |
| 05/10 | 14.72 | 5692 Debit Card Purchase Mission Restaurant Sup 012-3456789 Tx | 54003910008065692131 |
| 05/13 | 6.25 | 5692 Debit Card Purchase Py *Kungfu Tea San Antonio Tx | 98279910008065692133 |
| 05/13 | 27.27 | 5692 Debit Card Purchase Amzn Mktp US*4M5Ki1Em3 Amzn.com/bi Wa | 98276910008065692133 |
| 05/13 | 38.95 | 5692 Debit Card Purchase H-E-B #556  San Antoni | 98275910008065692133 |
| 05/13 | 31.65 | 5692 Debit Card Purchase H-E-B #026  San Antoni | 98277910008065692133 |
| 05/13 | 40.29 | 6060 Debit Card Purchase Buc-Ee's #22 New Braunfe Tx | 00871910095936060134 |
| 05/13 | 11.30 | 5692 Debit Card Purchase Laz Parking Ecommerce 860-5227641 Ct | 98278910008065692133 |
| 05/13 | 169.85 | 6060 Debit Card Purchase CM Ecommerce #654 855-8030611 Tx | 00870910095936060134 |
| 05/13 | 14.72 | 5692 Debit Card Purchase H-E-B #026  San Antoni | 60561910008065692134 |
| 05/13 | 33.38 | 5692 Debit Card Purchase Wm Supercenter #2404 San Antonio Tx | 60560910008065692134 |
| 05/15 | 121.70 | 5692 Debit Card Purchase Pancake Joes San Antonio Tx | 12975910008065692136 |
| 05/15 | 64.94 | 5692 Debit Card Purchase Amzn Mktp US*3Q02T4Jc3 Amzn.com/bi Wa | 12974910008065692136 |
| 05/15 | 30.60 | 5692 Debit Card Purchase Best Buy  San Antonio | 12976910008065692136 |
| 05/16 | 35.94 | 5692 Debit Card Purchase La Michoacana San Anto San Antonio Tx | 35262910008065692137 |
| 05/16 | 50.44 | 5692 Debit Card Purchase The Home Depot #0503 San Antonio Tx | 35261910008065692137 |
| 05/16 | 31.26 | 5692 Debit Card Purchase Texaco 0355589 San Antonio Tx | 35263910008065692137 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

For the Period 05/01/2024 to 05/31/2024
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ██████-8966
Page 5 of 11

Business Checking Account Number: ██████-8966 - continued

## Debit Card Purchases   *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/16 | 10.00 | 6060 Debit Card Purchase The UPS Store 6010 210-8595900 Tx | 83972910095936060137 |
| 05/16 | 46.82 | 5692 Debit Card Purchase Wm Supercenter #5245 San Antonio Tx | 35264910008065692137 |
| 05/17 | 17.62 | 5692 Debit Card Purchase H-E-B #026  San Antoni | 31524910008065692138 |
| 05/20 | 23.99 | 5692 Debit Card Purchase Juice Joint  San Anton | 96314910008065692140 |
| 05/20 | 100.00 | 5692 Debit Card Purchase Development Services 210-2078375 Tx | 96317910008065692140 |
| 05/20 | 21.14 | 6060 Debit Card Purchase Amazon.com*Sf2N60J23 Amzn.com/bi Wa | 85088910095936060140 |
| 05/20 | 13.07 | 5692 Debit Card Purchase Restaurant Depot San Antonio Tx | 96312910008065692140 |
| 05/20 | 2.60 | 5692 Debit Card Purchase Glacier Water Vending Tampa Fl | 96311910008065692140 |
| 05/20 | 9.99 | 5692 Debit Card Purchase DD *Doordashdashpass Www.Doordas Ca | 96313910008065692140 |
| 05/20 | 2.60 | 5692 Debit Card Purchase Glacier Water Vending Tampa Fl | 96316910008065692140 |
| 05/20 | 91.22 | 5692 Debit Card Purchase H-E-B #026  San Antoni | 96309910008065692140 |
| 05/20 | 12.87 | 5692 Debit Card Purchase Mission Restaurant Sup San Antonio Tx | 30132910008065692141 |
| 05/20 | 19.52 | 5692 Debit Card Purchase Culebra Meat Market #1 San Antonio Tx | 30137910008065692141 |
| 05/20 | 11.85 | 5692 Debit Card Purchase Tx Museum Store  Austi | 30134910008065692141 |
| 05/20 | 27.06 | 5692 Debit Card Purchase Tx Museum Store  Austi | 30136910008065692141 |
| 05/20 | 49.78 | 5692 Debit Card Purchase Amzn Mktp US*Sk3N02Iw3 Amzn.com/bi Wa | 30135910008065692141 |
| 05/20 | 23.13 | 5692 Debit Card Purchase Amzn Mktp US*B40Cz63S3 Amzn.com/bi Wa | 30133910008065692141 |
| 05/20 | 206.78 | 5692 Debit Card Purchase Wal-Mart #5245 San Antonio Tx | 96315910008065692140 |
| 05/20 | 6.45 | 5692 Debit Card Purchase Wm Supercenter #5245 San Antonio Tx | 96310910008065692140 |
| 05/21 | 92.02 | 5692 Debit Card Purchase Restaurant Depot San Antonio Tx | 74844910008065692142 |
| 05/22 | 47.62 | 5692 Debit Card Purchase Amzn Mktp US*5T4Ur6Fp3 Amzn.com/bi Wa | 44508910008065692143 |
| 05/22 | 74.66 | 5692 Debit Card Purchase Alamo Candy Company 210-7348672 Tx | 44510910008065692143 |
| 05/22 | 138.29 | 5692 Debit Card Purchase Wm Supercenter #5245 San Antonio Tx | 44509910008065692143 |
| 05/22 | 144.70 | 5692 Debit Card Purchase Sams Club #4939 San Antonio Tx | 44511910008065692143 |
| 05/23 | 35.94 | 5692 Debit Card Purchase La Michoacana San Anto San Antonio Tx | 69771910008065692144 |
| 05/23 | 25.97 | 5692 Debit Card Purchase Amzn Mktp US*533BC2Bg3 Amzn.com/bi Wa | 69767910008065692144 |

Debit Card Purchases continued on next page

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2024 to 05/31/2024**
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ███-8966
Page 6 of 11

Business Checking Account Number: ███-8966 - continued

## Debit Card Purchases   - continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/23 | 51.52 | 5692 Debit Card Purchase Amzn Mktp US*Sq16D6Rl3 Amzn.com/bi Wa | 69774910008065692144 |
| 05/23 | 10.83 | 5692 Debit Card Purchase Cnclaundry.Com Httpscnclau Tx | 69770910008065692144 |
| 05/23 | 10.83 | 5692 Debit Card Purchase Cnclaundry.Com Httpscnclau Tx | 69772910008065692144 |
| 05/23 | 29.10 | 5692 Debit Card Purchase Party City 0024 San Antonio Tx | 69773910008065692144 |
| 05/23 | 155.88 | 5692 Debit Card Purchase Chile Media  Www.Chile | 69768910008065692144 |
| 05/23 | 7.58 | 5692 Debit Card Purchase El Fandango Trading San Antonio Tx | 69766910008065692144 |
| 05/23 | 73.83 | 5692 Debit Card Purchase Amazon.com*D44K51Fe3 Amzn.com/bi Wa | 69769910008065692144 |
| 05/24 | 11.33 | 5692 Debit Card Purchase Ace Mart St Mary Store 210-2240082 Tx | 33561910008065692145 |
| 05/24 | 23.22 | 5692 Debit Card Purchase The Home Depot #0503 San Antonio Tx | 33564910008065692145 |
| 05/24 | 162.36 | 5692 Debit Card Purchase Amzn Mktp US*Z94Yz0B73 Amzn.com/bi Wa | 33563910008065692145 |
| 05/24 | 17.26 | 5692 Debit Card Purchase The Home Depot #0503 San Antonio Tx | 33566910008065692145 |
| 05/24 | 34.96 | 5692 Debit Card Purchase Steves Food Mart San Antonio Tx | 33568910008065692145 |
| 05/24 | 22.49 | 5692 Debit Card Purchase Amzn Mktp US*3B2Ys7Yn3 Amzn.com/bi Wa | 33567910008065692145 |
| 05/24 | 11.73 | 5692 Debit Card Purchase H-E-B  San Antonio Tx | 33562910008065692145 |
| 05/24 | 10.71 | 5692 Debit Card Purchase Tim's Oriental Seafood San Antonio Tx | 33565910008065692145 |
| 05/24 | 25.91 | 5692 Debit Card Purchase Harbor Freight Tools 3 San Antonio Tx | 33560910008065692145 |
| 05/24 | 18.85 | 5692 Debit Card Purchase H-E-B  San Antonio Tx | 33569910008065692145 |
| 05/28 | 413.04 | 5692 Debit Card Purchase Restaurant Depot San Antonio Tx | 08727910008065692147 |
| 05/28 | 35.15 | 5692 Debit Card Purchase Circle K #2740932 Leon Valley Tx | 08729910008065692147 |
| 05/28 | 39.63 | 5692 Debit Card Purchase Amzn Mktp US*Kv8Qv3H83 Amzn.com/bi Wa | 08730910008065692147 |
| 05/28 | 16.64 | 5692 Debit Card Purchase H-E-B #718  San Antoni | 08728910008065692147 |
| 05/28 | 37.56 | 6060 Debit Card Purchase Klarna*airbnb 184-4552762 Oh | 98010910095936060147 |
| 05/28 | 10.80 | 5692 Debit Card Purchase Whataburger 717 San Antonio Tx | 08722910008065692147 |
| 05/28 | 17.75 | 5692 Debit Card Purchase Py *Kung Fu Tea - San San Antonio Tx | 08721910008065692147 |
| 05/28 | 2.60 | 5692 Debit Card Purchase Glacier Water Vending Tampa Fl | 08726910008065692147 |
| 05/28 | 26.87 | 5692 Debit Card Purchase H-E-B  San Antonio Tx | 08724910008065692147 |

Debit Card Purchases continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2024 to 05/31/2024**
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ███-8966
Page 7 of 11

Business Checking Account Number: ███-8966 - continued

## Debit Card Purchases   *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/28 | 8.96 | 5692 Debit Card Purchase Tst* Burger Boy 5 - NE San Antonio Tx | 47470910008065692148 |
| 05/28 | 6.25 | 5692 Debit Card Purchase Py *Kung Fu Tea - San San Antonio Tx | 47471910008065692148 |
| 05/28 | 2.60 | 5692 Debit Card Purchase Glacier Water Vending Tampa Fl | 08725910008065692147 |
| 05/28 | 2.30 | 5692 Debit Card Purchase Grande H2O Llc San Antonio Tx | 47468910008065692148 |
| 05/28 | 11.04 | 5692 Debit Card Purchase Py *Kung Fu Tea - San San Antonio Tx | 98068910008065692149 |
| 05/28 | 23.96 | 5692 Debit Card Purchase La Michoacana San Anto San Antonio Tx | 98071910008065692149 |
| 05/28 | 8.96 | 5692 Debit Card Purchase Tst* Burger Boy 5 - NE San Antonio Tx | 98066910008065692149 |
| 05/28 | 2.30 | 5692 Debit Card Purchase Grande H2O Llc San Antonio Tx | 47469910008065692148 |
| 05/28 | 84.06 | 5692 Debit Card Purchase Wal-Mart #2404 San Antonio Tx | 98070910008065692149 |
| 05/28 | 16.23 | 5692 Debit Card Purchase Amazon Prime*Uy09D57R3 Amzn.com/bi Wa | 98067910008065692149 |
| 05/28 | 92.02 | 5692 Debit Card Purchase Hogwild Record Tap San Antonio Tx | 98069910008065692149 |
| 05/29 | 219.00 | 5692 Debit Card Purchase Tacos Don Chenchin 210-2741976 Tx | 34807910008065692150 |
| 05/29 | 10.80 | 5692 Debit Card Purchase Whataburger 661 San Antonio Tx | 34808910008065692150 |
| 05/29 | 110.00 | 5692 Debit Card Purchase Sandiegopadres 619-7955000 Ca | 34809910008065692150 |
| 05/29 | 95.00 | 6060 Debit Card Purchase Sq *Ramirez Lawn Care gosq.com Tx | 78057910095936060150 |
| 05/30 | 108.39 | 5692 Debit Card Purchase Tst* Box St. All Day San Antonio Tx | 18275910008065692151 |
| 05/30 | 4.00 | 5692 Debit Card Purchase Hemisfair Park Area San Antonio Tx | 18277910008065692151 |
| 05/30 | 97.36 | 5692 Debit Card Purchase The Home Depot 503 San Antonio Tx | 18279910008065692151 |
| 05/30 | 34.62 | 5692 Debit Card Purchase Murphy Express 8679 San Antonio Tx | 18280910008065692151 |
| 05/30 | 22.64 | 5692 Debit Card Purchase H-E-B #026  San Antoni | 18278910008065692151 |
| 05/30 | 46.00 | 5692 Debit Card Purchase Love's #0342 Outside Three River Tx | 18276910008065692151 |
| 05/30 | 120.83 | 6060 Debit Card Purchase Heb Online #108 855-8030611 Tx | 65903910095936060151 |
| 05/31 | 168.50 | 6060 Debit Card Purchase First Enroll-Health Pl 844-8367655 NJ | 66553910095936060152 |
| 05/31 | 30.00 | 5692 Debit Card Purchase Shell Oil 57542176102 San Antonio Tx | 18701910008065692152 |

Debit Card Purchases continued on next page

# Business Checking

 For 24-hour account information, sign-on to pnc.com/mybusiness/

**For the Period 05/01/2024 to 05/31/2024**
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ████-8966
Page 8 of 11

Business Checking Account Number: ████-8966 - continued

## Debit Card Purchases  *- continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/31 | 25.21 | 5692 Debit Card Purchase H-E-B #026  San Antoni | 18702910008065692152 |
| 05/31 | 34.11 | 5692 Debit Card Purchase H-E-B  San Antonio Tx | 18704910008065692152 |
| 05/31 | 221.72 | 5692 Debit Card Purchase Sams Club #4939 San Antonio Tx | 18703910008065692152 |

## POS Purchases

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 05/06 | 35.40 | POS Purchase Buc-Ee's # New Braunfel Tx | POS101 | 6554897 |
| 05/06 | 64.94 | POS Purchase Wss 131 San Antonio | POS02257704 | 6516978 |
| 05/06 | 43.15 | POS Purchase SE40541 San Antonio | POS03586302 | 6516979 |
| 05/07 | 158.69 | POS Purchase Wm Supercenter San Antonio | POS52450009 | 1792750 |
| 05/08 | 97.76 | POS Purchase Central Market San Antonio | POS87988602 | 1869567 |
| 05/08 | 35.15 | POS Purchase Shell Service San Antonio | POS55588201 | 1846678 |
| 05/08 | 15.48 | POS Purchase The Home Depot San Antonio | POS05948924 | 1846679 |
| 05/09 | 17.18 | POS Purchase Ace Mart St Ma San Antonio | POS02305408 | 1882614 |
| 05/09 | 644.24 | POS Purchase Restaurant Dep San Antonio | POS00A61330 | 1882615 |
| 05/09 | 21.91 | POS Purchase The Home Depot San Antonio | POS06111146 | 1882616 |
| 05/10 | 172.42 | POS Purchase Specs #197 819 San Antonio | POS99999999 | 2200828 |
| 05/10 | 98.71 | POS Purchase Hung Phong Ori San Antonio | POS06461818 | 2200829 |
| 05/13 | 172.25 | POS Purchase Restaurant Dep San Antonio | POS00A61336 | 6758863 |
| 05/13 | 74.93 | POS Purchase Alamo Candy Co San Antonio | POS00010001 | 6758864 |
| 05/13 | 46.00 | POS Purchase Chico Boys Fr San Antonio | POS96984255 | 6758865 |
| 05/13 | 4.33 | POS Purchase Party City 036 San Antonio | POS001 | 6758866 |
| 05/13 | 23.22 | POS Purchase The Home Depot San Antonio | POS05948924 | 6758867 |
| 05/13 | 35.15 | POS Purchase Circle K #2742 San Antonio | POS64481902 | 6758868 |
| 05/13 | 52.96 | POS Purchase The Home Depot San Antonio | POS06111143 | 6758869 |
| 05/13 | 10.81 | POS Purchase Presa Foodmart San Antonio | POS00005220 | 6758870 |
| 05/13 | 35.15 | POS Purchase Golden Stores San Antonio | POS43165801 | 6758871 |
| 05/14 | 64.92 | POS Purchase Michaels S San Antonio | POS053 | 1755329 |
| 05/16 | 267.21 | POS Purchase Restaurant Dep San Antonio | POS00A61332 | 1888665 |
| 05/16 | 15.92 | POS Purchase Hung Phong Ori San Antonio | POS06461818 | 1888666 |
| 05/17 | 20.00 | POS Purchase H-E-B Gas/Car San Antonio | POS87907802 | 2175423 |
| 05/17 | 6.39 | POS Purchase Robbins Safe A San Antonio | POS00001117 | 2151879 |
| 05/17 | 20.67 | POS Purchase Circle K #2740 San Antonio | POS64139202 | 2151880 |
| 05/17 | 17.10 | POS Purchase Lyft San Francisc Ca | POS65550881 | 2151878 |
| 05/20 | 2.90 | POS Purchase H-E-B #026 San Antonio | POS87603602 | 6533240 |
| 05/20 | 146.96 | POS Purchase H-E-B #444 San Antonio | POS87930802 | 6523816 |
| 05/20 | 63.64 | POS Purchase Food Box #14 San Marcos Tx | POS11029801 | 6533242 |
| 05/20 | 23.05 | POS Purchase Family Dollar San Antonio | POS68368001 | 6533243 |
| 05/20 | 13.87 | POS Purchase Lyft San Francisc Ca | POS65550881 | 6533241 |
| 05/21 | 35.15 | POS Purchase Circle K #2742 San Antonio | POS64450702 | 1828484 |
| 05/21 | 35.46 | POS Purchase H-E-B Gas/Car San Antonio | POS87907802 | 1851412 |
| 05/21 | 193.64 | POS Purchase Wal-Mart #2404 San Antonio | POS24240401 | 1828485 |
| 05/21 | 119.17 | POS Purchase Specs #197 819 San Antonio | POS99999999 | 1828486 |
| 05/22 | 35.15 | POS Purchase Star Stop 90 San Antonio | POS13351501 | 1865131 |
| 05/22 | 13.65 | POS Purchase Family Dollar San Antonio | POS68368001 | 1865132 |
| 05/23 | 6.01 | POS Purchase The Home Depot San Antonio | POS06289914 | 1905953 |

POS Purchases continued on next page

# Business Checking

 For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2024 to 05/31/2024**
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ███-8966
Page 9 of 11

Business Checking Account Number: ███-8966 - continued

## POS Purchases    *continued*

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/24 | 70.12 | POS Purchase Hung Phong Ori San Antonio | POS06461792 2311308 |
| 05/24 | 10.15 | POS Purchase Shell Service San Antonio | POS55588201 2311309 |
| 05/28 | 45.72 | POS Purchase Family Dollar San Antonio | POS68368001 8294490 |
| 05/28 | 35.83 | POS Purchase Shell Service San Antonio | POS55588201 8294491 |
| 05/28 | 7.57 | POS Purchase Best Buy San Antonio | POS06579329 8294492 |
| 05/28 | 10.81 | POS Purchase Presa Foodmart San Antonio | POS00005220 8294493 |
| 05/28 | 226.07 | POS Purchase Restaurant Dep San Antonio | POS00A61324 8294494 |
| 05/28 | 30.15 | POS Purchase Bigs 408 San Antonio | POS10040101 8294495 |
| 05/28 | 12.94 | POS Purchase Circle K #2742 San Antonio | POS64479002 8294496 |
| 05/28 | 111.04 | POS Purchase H-E-B #026 San Antonio | POS87603602 8294497 |
| 05/29 | 288.56 | POS Purchase Restaurant Dep San Antonio | POS00A61325 1766164 |
| 05/30 | 289.55 | POS Purchase Restaurant Dep McAllen Tx | POS00H38849 1800828 |
| 05/30 | 11.25 | POS Purchase Tex Best #524 Alice Tx | POS11477501 1800830 |
| 05/30 | 52.28 | POS Purchase Tex Best #524 Alice Tx | POS11477501 1800829 |
| 05/30 | 13.64 | POS Purchase Shell Service San Antonio | POS55588201 1800831 |
| 05/31 | 10.80 | POS Purchase The Home Depot San Antonio | POS06111146 2196317 |
| 05/31 | 11.16 | POS Purchase H-E-B #718 San Antonio | POS30668202 2196318 |

## ATM/Misc. Debit Card Transactions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/02 | 6.48 | 5692 Recurring Debit Card Paramount+ 888-27453 | 24517910008065692123 |
| 05/02 | 10.48 | 5692 Recurring Debit Card Google 650-2530000 C | 24518910008065692123 |
| 05/02 | 187.20 | 5692 Recurring Debit Card Google 650-2530000 C | 24519910008065692123 |
| 05/06 | 1,003.00 | ATM Withdrawal 2906 Goliad Rd San Antonio | PLU3784N 6554898 |
| 05/09 | 403.00 | ATM Withdrawal 2906 Goliad Rd San Antonio | PLU3784N 1905352 |
| 05/13 | 303.00 | ATM Withdrawal 2906 Goliad Rd San Antonio | PLU3784N 6808866 |
| 05/17 | 80.00 | ATM Withdrawal 1014 Goliad Rd San Antonio | PNCPJ4602 2873178 |
| 05/28 | 113.64 | 5692 Recurring Debit Card Fubotv Inc 844-44138 | 08723910008065692147 |
| 05/28 | 303.00 | ATM Withdrawal 2906 Goliad Rd San Antonio | PLU3784N 8384112 |

## ACH Deductions

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/01 | 1,130.00 | Corporate ACH Sale Total Impact Boo | 00024122903391760 |
| 05/02 | 250.00 | Zel To Margarita Georgieva | PNCAA0Kls39O |
| 05/06 | 269.99 | ACH Web-Recur Directv Directv 9349343 | 00024127908559267 |
| 05/07 | 889.20 | Corporate ACH XXXXXXXXXX Ben E. Keith Co 071921891 | 00024127910161212 |
| 05/08 | 320.00 | Corporate ACH ACH Pmt Amex Epayment W1936 | 00024128904108057 |
| 05/09 | 120.00 | Zel To Barrio Dogg Llc | PNCAA0Krh30N |
| 05/10 | 2,308.66 | Corporate ACH DD Webfile Tax Pymt 902/75681937 | 00024130904036781 |
| 05/10 | 1,178.09 | Corporate ACH XXXXXXXXXX Ben E. Keith Co 071921891 | 00024130901889308 |
| 05/10 | 325.83 | Corporate ACH Fdms Pymt Fdms 052-2150044-000 | 00024130901565495 |
| 05/10 | 108.04 | ACH Debit Clover App Clover App Mrkt XXXXXXXXXX-000 | 00024130902890971 |
| 05/14 | 1,236.77 | Corporate ACH XXXXXXXXXX Ben E. Keith Co 071921891 | 00024134910167691 |
| 05/14 | 93.00 | Corporate ACH ADP Tax ADP Tax Lkgpt 051501A01 | 00024134910663162 |

ACH Deductions continued on next page

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2024 to 05/31/2024**
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ■■■-8966
Page 10 of 11

Business Checking Account Number: ■■■-8966 - continued

## ACH Deductions — continued

| Date posted | Amount | Transaction description | Reference number |
|---|---|---|---|
| 05/14 | 15.92 | Corporate ACH Pay-By-Pay | 00024134910593062 |
| | | ADP Pay-By-Pay 742057900142Gpt | |
| 05/15 | 2,913.47 | Corporate ACH ADP Tax ADP Tax Lkgpt 051502A02 | 00024135907083184 |
| 05/15 | 173.13 | ACH Debit Spectrum Spectrum 7532435 | 00024135905927868 |
| 05/15 | 44.72 | Corporate ACH Pay-By-Pay | 00024135906765481 |
| | | ADP Pay-By-Pay 934631519115Gpt | |
| 05/17 | 281.29 | Corporate ACH ADP Fees | 00024137903737983 |
| | | ADP Payroll Fees 397594238858 | |
| 05/20 | 1,379.14 | Corporate ACH XXXXXXXXXX | 00024138907454920 |
| | | Ben E. Keith Co 071921891 | |
| 05/24 | 1,458.59 | Corporate ACH XXXXXXXXXX | 00024144903863145 |
| | | Ben E. Keith Co 071921891 | |
| 05/24 | 276.07 | Corporate ACH ADP Fees | 00024144904283372 |
| | | ADP Payroll Fees 425059089863 | |
| 05/28 | 69.15 | ACH Web-Recur Affirm Pay Affirm Inc 1089294 | 00024149910288284 |
| 05/28 | 250.00 | ACH Debit ACH Pmt Imprintp2 Sfcmn4A345Vorbw | 00024149912681532 |
| 05/29 | 677.76 | Zel To Pablo Rios | PNCAA0LJh80q |
| 05/31 | 1,332.01 | Corporate ACH XXXXXXXXXX | 00024151904277342 |
| | | Ben E. Keith Co 071921891 | |
| 05/31 | 51.40 | Corporate ACH Pay-By-Pay | 00024151906044007 |
| | | ADP Pay-By-Pay 656091035161Gpt | |

## Service Charges and Fees

| Date posted | Amount | Transaction description | Reference number | |
|---|---|---|---|---|
| 05/01 | 105.97 | Service Charge Period Ending 04/30/2024 | | |
| 05/02 | 1,078.08 | PNC Merchant Discount  277324705999 | 277324705999 | NKY |
| 05/02 | 12.95 | PNC Merchant Fee    277324705999 | 277324705999 | NKY |
| 05/06 | 3.00 | ATM Transaction Fee - Withdrawal | PLU3784N | 6554899 |
| 05/09 | 3.00 | ATM Transaction Fee - Withdrawal | PLU3784N | 1905353 |
| 05/09 | 3.00 | ATM Transaction Fee - Balance Inquiry | PLU3784N | 1905351 |
| 05/13 | 3.00 | ATM Transaction Fee - Withdrawal | PLU3784N | 6808867 |
| 05/28 | 3.00 | ATM Transaction Fee - Withdrawal | PLU3784N | 8384113 |

## Other Deductions

| Date posted | Amount | Transaction description | | Reference number |
|---|---|---|---|---|
| 05/06 | 2,000.00 | Account Transfer To | 0000004734415713 | BARRIO DOGG LLC |
| 05/10 | 650.00 | Account Transfer To | 0000004734415713 | BARRIO DOGG LLC |
| 05/16 | 500.00 | Withdrawal | | 034838006 |

# Business Checking

For 24-hour account information, sign-on to
pnc.com/mybusiness/

**For the Period 05/01/2024 to 05/31/2024**
Barrio Restaurant Group Llc #24-0118
Primary Account Number: ■■■■-8966
Page 11 of 11

Business Checking Account Number: ■■■■-8966 - continued

## Detail of Services Used During Current Period

Note:  The total charge for the following services will be posted to your account on 06/03/2024 and will appear on your next statement as a single line item entitled Service Charge Period Ending 05/31/2024.

** Combined Transactions include ACH Credits, ACH Debits, Checks Paid, Deposited Item - Consolidated, Deposit Tickets Processed

| Description | Volume | Amount | |
|---|---|---|---|
| Account Maintenance Charge | | .00 | Requirements Met |
| Combined Transactions | 66 | .00 | Included in Account |
| ACH Debits | 22 | .00 | |
| Checks Paid | 44 | .00 | |
| Branch - Currency Furnished | 507 | 1.26 | |
| Branch - Coin Furnished Rolls | 21 | 3.15 | |
| Miscellaneous | | 30.00 | |
| Credit Inquiries | 1 | 30.00 | |
| Account Reconcilement Service | | 20.00 | |
| Partial Recon Rev Pospay Monthly | 1 | 20.00 | |
| Automated Clearinghouse Service | | 6.00 | |
| UPIC Monthly Maintenance | 1 | 6.00 | |
| Information Services | | 61.75 | |
| PINACLE Essential Payments Monthly | 1 | 55.00 | |
| PINACLE ACH Funds Txfer Templates | 1 | .75 | |
| PINACLE Account Transfer-Reject | 2 | 6.00 | |
| Total For Services Used This Period | | 122.16 | |
| Total Service Charge | | 122.16 | |

## Business Checking - Maintenance Fee Relationship Pricing

These accounts were reviewed to meet the balance requirement and offset the monthly account maintenance fee for your Business Checking account.  *If the Met/Not Met Status reflects "No Fee", your most recent credit card statement balance is not reflected and you will not be charged the Maintenance Fee for this statement cycle.

| Account Type | Ending In | Condition | As of | Balance | Met/Not Met |
|---|---|---|---|---|---|
| PNC Merchant Deposits | | This Cycle Deposits | 05/31/24 | 63,087.71 | |
| PNC Merchant Deposits Total | | | | 63,087.71 | Met |

Member FDIC

🏠 Equal Housing Lender