TENTATIVE RULING

ISSUED BY JUDGE J. BARRETT MARUM

| | |
|---|---|
| Bankruptcy Case Name: | Barrio Restaurant Group, LLC |
| Bankruptcy Number: | 24-01184-JBM11 |
| Hearing: | 09/17/2024 10:30 AM |
| Motion: | MOTION TO APPROVE ASSUMPTION OF NON-RESIDENTIAL REAL PROPERTY LEASE (620 S. PRESA ST., SAN ANTONIO, TX 78210) FILED BY DEBTOR |

**CONTINUE**. Although this motion is unopposed, it does not appear to have been served correctly. Federal Rule of Bankruptcy Procedure 7004(b)(3) provides that service is to be accomplished on an entity by "by mailing a copy of the summons and complaint to the attention of an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute to receive service and the statute so requires, by also mailing a copy to the defendant." Here, Debtor's certificate of service shows that Debtor served the landlord whose lease is being assumed by mail at what appears to be the correct service address for landlord, however, Debtor did not send that service to the attention of any of the persons mentioned in Rule 7004(b)(3). The Court will therefore continue this matter to **October 31, 2024 at 10:30 a.m.** to provide Debtor with time to accomplish proper service of the motion and notice of the continued hearing date. Appearances at the September 17, 2024 hearing are excused.